# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| BRIAN ANTHONY REO, ) | CASE NO. 1:22-cv-00510-JG |
| ) | |
| Plaintiff, ) | JUDGE: JAMES S. GWIN |
| v. ) | |
| ) | |
| LUDIVINE JOAN CLAUDIA ) | **MOTION TO WITHDRAW** |
| REYNAUD, *et al.* ) | |
| ) | |
| Defendant. ) | |

Undersigned counsel and the law firm of Cavitch Familo & Durkin Co., LPA move under Loc.R. 83.9 to withdraw as counsel for Defendant Ludivine Joan Claudia Reynaud ("Ms. Reynaud"). Ms. Reynaud terminated the representation pursuant to Ohio Prof. Cond. Rule 1.16(a)(3). Undersigned counsel complied with the written notice requirements of Loc.R. 83.9.

As set forth in the attached brief, Ohio Prof. Cond. Rule 1.16(a)(3) mandates withdrawal when the client discharges the lawyer. Ms. Reynaud discharged undersigned counsel, and withdrawal is thus mandatory.

           Respectfully submitted,

           */s/* Max E. Dehn
           Max E. Dehn (0079600)
           Madilyn M. Bell (0098386)
           Cavitch Familo & Durkin Co., L.P.A
           1300 E. Ninth Street, 20th Floor
           Cleveland, Ohio 44114
           Telephone: (216) 621-7860
           Email:  mdehn@cavitch.com
               mbell@cavitch.com
           *Attorneys for Defendant, Ludivine Reynaud*

## CERTIFICATE OF SERVICE

A copy of the foregoing was filed electronically on this 13th day of June, 2022. Notice of this filing will be sent by the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Max E. Dehn
*Attorney for Defendant, Ludivine Reynaud*
