UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | : | |
|---|---|---|
| BRYAN ANTHONY REO, | : | CASE NO. 1:22-cv-00510 |
| | : | |
| Plaintiff, | : | OPINION & ORDER |
| | : | [Resolving Doc. 10] |
| v. | : | |
| | : | |
| LUDIVINE JOAN CLAUDIA REYNAUD, et al., | : | |
| | : | |
| Defendants. | : | |

JAMES S. GWIN, UNITED STATES DISTRICT COURT JUDGE:

Plaintiff Bryan A. Reo sues Defendant Ludivine Joan Claudia Reynaud for defamation, false light, and abuse of process.[1] Plaintiff now requests this Court order discovery before the parties' Fed. R. Civ. P. 26(f) scheduling meeting.[2]

Courts have interpreted the federal rules to allow for early discovery when the moving party shows good cause.[3] "Good cause is often found in cases . . . where evidence may be lost or destroyed with time."[4] The scope of the requested discovery, however, is relevant to a good cause determination.[5]

This Court **DENIES** Plaintiff's request for early discovery without prejudice. Plaintiff may refile the motion with more explanation on what discovery Plaintiff seeks.

IT IS SO ORDERED.

Dated: June 14, 2022      s/  *James S. Gwin*
                          JAMES S. GWIN

---

[1] Doc. 1.
[2] Doc. 10.
[3] *Obeidallah v. Anglin*, No. 2:17-cv-720, 2018 WL 8415412, at *1 (S.D. Ohio Aug. 20, 2018).
[4] *Caston v. Hoaglin*, No. 2:08–cv–200, 2009 WL 1687927, at *2 (S.D. Ohio June 12, 2009).
[5] *Russell v. Lumpkin*, No. 2:10–cv–314, 2010 WL 1882139, at *2 (S.D. Ohio May 11, 2010).

Case No. 1:22-cv-00510
GWIN, J.

UNITED STATES DISTRICT JUDGE

- 2 -