UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | : | |
|---|---|---|
| BRYAN ANTHONY REO, | : | CASE NO. 1:22-cv-00510 |
| | : | |
| Plaintiff, | : | OPINION & ORDER |
| | : | [Resolving Doc. 11] |
| v. | : | |
| | : | |
| LUDIVINE JOAN CLAUDIA REYNAUD, et al., | : | |
| | : | |
| Defendants. | : | |

JAMES S. GWIN, UNITED STATES DISTRICT COURT JUDGE:

Plaintiff Bryan A. Reo sues Defendant Ludivine Joan Claudia Reynaud for defamation, false light, and abuse of process.[1] Defendant Reynaud fired her lawyers and the fired defense counsel moves to withdraw.[2] Plaintiff Reo replied in support of defense counsels' motion.[3]

Under the Ohio Rules of Professional Conduct, a lawyer shall withdraw from representation when the lawyer is discharged.[4] "A client may terminate the [attorney-client] relationship at any time."[5] "An attorney, however, may not withdraw from the attorney-client relationship absent notice to his or her client and, if mandated by applicable court rules, permission from the court."[6]

Defendant Reynaud terminated her attorneys' representation. Her counsel has given notice of withdrawal to Defendant Reynaud and now seeks approval from this Court.

---

[1] Doc. 1.
[2] Doc. 11; Doc. 11-1; Local Rule 83.9.
[3] Doc. 12. Plaintiff requests Defendant Reynaud not be given the customary 30 days within which to obtain new counsel as doing so would only give her further opportunity to destroy evidence and delay.
[4] Ohio R. Prof. Cond. 1.16(a)(3).
[5] *Thayer v. Fuller & Henry, Ltd.*, 503 F. Supp. 2d 887, 891 (N.D. Ohio 2007).
[6] *Id.*

Case No. 1:22-cv-00510
GWIN, J.

    This Court **GRANTS** Defendant Reynaud's counsels' motion to withdraw. Defendant Reynaud is required to obtain new counsel within 21 days. Defendant Reynaud and her defense counsel are also required to provide Plaintiff with an updated service address so Plaintiff may serve Defendant Reynaud personally until a new attorney enters an appearance.

    IT IS SO ORDERED.

Dated: June 15, 2022                          *s/    James S. Gwin*
                                                         JAMES S. GWIN
                                                         UNITED STATES DISTRICT JUDGE