# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **BRYAN ANTHONY REO,** | Case No. 1:22-cv-00510-JG |
| Plaintiff, | Hon. James S. Gwin |
| v. | |
| **LUDIVINE JOAN CLAUDIA REYNAUD,** | |
| and | |
| **DOMINIQUE BILDE,** | |
| Defendants. | |

| | |
|---|---|
| **REO LAW, LLC** | **VASVARI & ZIMMERMAN** |
| Bryan Anthony Reo (#0097470) | Raymond Vasvari, Jr. (#0055538) |
| P.O. Box 5100 | K. Ann Zimmerman (#0059486) |
| Mentor, OH 44061 | 20600 Chagrin Blvd. |
| (T): (216) 505-0811 | Suite 800 Tower East |
| (E): reo@reolaw.org | Shake Heights, OH 44122 |
| *Pro se Plaintiff* | (T): (216) 458-5880 |
| | (F): (216) 302-7000 |
| | (E): vasvari@vasvarilaw.com |
| | (E): zimmerman@vasvarilaw.com |
| | *Attorneys for Ludivine Joan Claudia Reynaud* |

### PLAINTIFF BRYAN ANTHONY REO'S
### VOLUNTARY NOTICE OF DISMISSAL WITHOUT PREJUDICE
### AS TO DEFENDANT DOMINIQUE BILDE

NOW COMES Bryan Anthony Reo ("Plaintiff"), *pro se*, and hereby propounds upon Defendant Ludivine Joan Claudia Reynaud ("Reynaud" or "Defendant") and this Honorable Court, Plaintiff's Voluntary Notice of Dismissal Without Prejudice as to Dominique Bilde.

Plaintiff, per Fed. R. Civ. P. 41(a) hereby provides voluntary notice of dismissal without prejudice of Defendant Dominique Bilde along with Count IV, Count V, and Count VI of Plaintiff's Complaint. Plaintiff's Claims against Defendant Ludivine Joan Claudia Reynaud remain pending and are not dismissed with this notice.

                                                  Respectfully submitted,

                                                  <u>/S/. BRYAN ANTHONY REO</u>
                                                  Bryan Anthony Reo
                                                  P.O. Box 5100
                                                  Mentor, OH 44061
                                                  (P):  (440) 313-5893
                                                  (E):  Reo@ReoLaw.org
                                                  *Pro se Plaintiff*

Dated:  June 28, 2022

## **CERTIFICATE OF SERVICE**

I, Bryan Anthony Reo, affirm that I am a party to the above-captioned civil action, and on June 28, 2022, I submitted this Certificate of Service and Plaintiff Bryan Anthony Reo's Voluntary Notice of Dismissal Without Prejudice as to Defendant Bilde to the Court's Electronic Filing System, which should serve the same upon the attorneys of record for Defendant Ludivine Joan Claudia Reynaud.

/S/ BRYAN ANTHONY REO
Bryan Anthony Reo
P.O. Box 5100
Mentor, OH 44061
(P): (440) 313-5893
(E): Reo@ReoLaw.org
*Pro se Plaintiff*

Dated: June 28, 2022