**Bryan Reo**

| | |
|---|---|
| **From:** | Raymond Vasvari <vasvari@vasvarilaw.com> |
| **Sent:** | Monday, August 29, 2022 9:01 PM |
| **To:** | Bryan Reo |
| **Subject:** | Document Requests |

Mr. Reo:

I never did get the Word version of your Request for Production. Only the PDF. Everything else had a Word equivalent. Could you please send it to me? Thank you in advance.


Yours sincerely,

Raymond V. Vasvari, Jr.


## Vasvari | Zimmerman
attorneys & counselors-at-law

20600 Chagrin Boulevard
Suite 800 Tower East
Shaker Heights, Ohio 44122-5353
vasvari@vasvarilaw.com
www.vasvarilaw.com
t   216.458.5880
f   216.302.3700

CONFIDENTIALITY NOTICE: This message may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately.

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any matters addressed herein.