Case: 1:22-cv-00510-JG   Doc #: 30-7   Filed:  08/31/22   1 of 5.   PageID #: 312

(https://www.fedex.com/en-us/home.html)



**FedEx® Tracking**

Track Another Shipment      Help

271502155048

ADD NICKNAME

 

**ON TIME**

⚠ Unable to deliver shipment, returned to shipper
Recommended action: No action is required. The package is being returned to the shipper.

ⓘ No scheduled delivery date available at this time.

# Scheduled delivery date
# Pending

**DELIVERY EXCEPTION**
MACHELEN, BT

Case: 1:22-cv-00510-JG  Doc #: 30-7  Filed: 08/31/22  2 of 5.  PageID #: 313



[(https://www.fedex.com/en-us/home.html)](https://www.fedex.com/en-us/home.html)

**MENTOR, OH US** — **BRUSSELS, BE**

**CHECK FOR DELIVERY OPTIONS**

## Delivery options

The delivery details for this shipment have been modified.

**Travel History** | Shipment Facts

# Travel History

**TIME ZONE**
Local Scan Time

### Tuesday, April 5, 2022

| Time | Location | Status |
|---|---|---|
| 7:16 AM | MACHELEN BE | Returning package to shipper<br>Return tracking number  776489099690 |
| 6:31 AM | MACHELEN BE | At local FedEx facility |
| 6:29 AM | MACHELEN BE | International shipment release - Import |
| 6:27 AM | MACHELEN BE | In transit<br>Package available for clearance |
| 1:15 AM | ROISSY CHARLES DE GAULLE CEDEX FR | Departed FedEx hub |



| | | | |
|---|---|---|---|
| 6:39 PM | | ROISSY CHARLES DE GAULLE CEDEX FR | International shipment release - Import |
| 6:39 PM | | ROISSY CHARLES DE GAULLE CEDEX FR | In transit<br>Package available for clearance |

**Saturday, April 2, 2022**

| | | |
|---|---|---|
| 8:27 PM | ROISSY CHARLES DE GAULLE CEDEX FR | Arrived at FedEx hub |
| 6:57 AM | MEMPHIS, TN | In transit |
| 6:14 AM | MEMPHIS, TN | In transit |
| 5:02 AM | MEMPHIS, TN | Departed FedEx hub |

**Thursday, March 31, 2022**

| | | |
|---|---|---|
| 11:45 PM | MEMPHIS, TN | In transit |
| 10:39 PM | MEMPHIS, TN | Arrived at FedEx hub |
| 8:23 PM | BEDFORD HEIGHTS, OH | Left FedEx origin facility |
| 3:20 PM | BEDFORD HEIGHTS, OH | Picked up |
| 11:34 AM | | Shipment information sent to FedEx |
| 12:34 PM | MENTOR, OH | Picked up<br>Tendered at FedEx Office |

Collapse History ∧

Case: 1:22-cv-00510-JG  Doc #: 30-7  Filed: 08/31/22  4 of 5.  PageID #: 315

[FedEx logo] (https://www.fedex.com/en-us/home.html)

| **TRACKING NUMBER** | **SERVICE** | **WEIGHT** |
|---|---|---|
| 271502155048 | FedEx International Priority Express | 1 lbs / 0.45 kgs |

| **TOTAL PIECES** | **TOTAL SHIPMENT WEIGHT** | **TERMS** |
|---|---|---|
| 1 | 1 lbs / 0.45 kgs | Shipper |

| **PACKAGING** | **SPECIAL HANDLING SECTION** | **SHIP DATE** |
|---|---|---|
| FedEx Envelope | Deliver Weekday | 3/31/22 |

| **STANDARD TRANSIT** | **SCHEDULED DELIVERY** | |
|---|---|---|
| 4/4/22 before 12:00 pm | Pending | |

**OUR COMPANY**

About FedEx(https://www.fedex.com/en-us/about.html)

Our Portfolio(https://www.fedex.com/en-us/about/company-structure.html)

Investor Relations(https://investors.fedex.com/investor-home/default.aspx)

Careers(https://careers.fedex.com/fedex/)

FedEx Blog(https://www.fedex.com/en-us/blog.html)

Corporate Responsibility(https://www.fedex.com/en-us/about/corporate-social-responsibility.html)

Newsroom(https://newsroom.fedex.com/)

Contact Us(https://www.fedex.com/en-us/customer-support/contact-us.html)

**MORE FROM FEDEX**

FedEx Logistics(https://www.fedex.com/en-us/logistics.html)

FedEx Cross Border(https://www.fedex.com/en-us/cross-border.html)

ShopRunner(https://www.fedex.com/en-us/shoprunner.html)

**LANGUAGE**

🌐  Change Country/Territory(https://www.fedex.com/?location=home)

**FOLLOW FEDEX**  ✉ (https://www.fedex.com/en-us/email.html)   f (Https://www.facebook.com/FedEx/)

🐦 (Https://twitter.com/fedex)   📷 (http://www.instagram.com/fedex)   in (http://www.linkedin.com/company/fedex)

▶ (Http://www.youtube.com/fedex)   P (Https://www.pinterest.com/fedex)

© FedEx 1995-2022

Site Map (https://www.fedex.com/en-us/sitemap.html)  |  Terms of Use (https://www.fedex.com/en-us/terms-of-use.html)  |  Privacy & Security (https://www.fedex.com/en-us/trust-center.html)