**Cox, Charles**
___

**From:** REYNAUD Ludivine Joan Claudia <ludivine.reynaud@europarl.europa.eu>
**Sent:** Thursday, March 3, 2022 12:27 PM
**To:** 'medvec@cityofmentor.com'
**Subject:** Request regarding a cyber stalking or harassment case.

Dear Madam,

I hope that this email finds you well.

I have been trying to call you several times and left you a voicemail. I am taking the liberty of writing to you with respect to one of your residents in Mentor, Ohio who has been displaying stalking and harassing behavior towards me over a six months period : sending threatening messages through mails, text messages, sending letters to my home and office address in Brussels, Belgium, as well as on my supervisor's mailbox at work. Most of the threats, when there are any, revolve around his suing me and/or my boss on fanciful grounds and for imaginary offenses or otherwise sabotage my job to get me fired.

He may possibly have used spoof accounts to contact me on one social media platform as well as impersonated me on porn sites (given that platform do not yield IP address information without a court subpoena, I cannot begin to prove his involvement in this however).

This situation has been going on for six months now, despite my best efforts to fend it off – blocking everywhere, changing my phone number, never responding to any communications etc. It has had a tremendous impact on my emotional wellbeing, as well as on my work performances.

Because I am a French national and Belgian resident, I filed several police reports in Brussels, Belgium between September and November 2021. I was told by authorities and lawyers that given that this man is an American citizen living in the USA, there was not much they could do and, as a matter of fact, no realistic legal remedy.

It defies belief that in this day and age, living in another country would somehow give anyone a free pass to bully and intimidate another individual without consequences. Therefore, I would have liked to discuss any option that I may have with the Mentor police department, from filing a police report to a simple restraining order, please.

I remain at your disposal regarding any evidence you may need (all of it is in writing) and proof of my identity, or to call you at a time that is convenient to you.

I wish you an excellent week.
Sincerely,
Ludivine Reynaud