

# Mentor Police Case Report

## Summary



| | | | |
|---|---|---|---|
| **Print Date/Time:** | 03/28/2022 13:14 | | Mentor Police Department |
| **Login ID:** | mentor\yasenosky | **ORI Number:** | OH0430600 |
| **Case Number:** | 2022-00007248 | | |

## Case

| | | | |
|---|---|---|---|
| **Case Number:** | 2022-00007248 | **Incident Type:** | Suspicious |
| **Location:** | 8500 CIVIC CENTER BLVD | **Occurred From:** | 08/01/2021 08:00 |
| | Mentor, OH 44060 | **Occurred Thru:** | 03/15/2022 08:00 |
| **Reporting Officer ID:** | 314 - Cox | **Disposition:** | Closed Pending |
| | | **Disposition Date:** | 03/15/2022 |
| | | **Reported Date:** | 03/15/2022 09:53 Tuesday |

## Offenses

| No. | Group/ORI | Crime Code | Statute | Description | Counts |
|---|---|---|---|---|---|

## Subjects

| Type | No. | Name | Address | Phone | Race | Sex | DOB/Age |
|---|---|---|---|---|---|---|---|
| Informant | 1 | REYNAUD, LUDIVINE | N/A<br>Brussels, Belgium | | White | Female | |
| Informant | 2 | REO, BRYAN A | 7724 TEA ROSE DR<br>Mentor, OH 44060 | (440)313-5893 | White | Male | 08/22/1986<br>35 |

## Arrests

| Arrest No. | Name | Address | Date/Time | Type | Age |
|---|---|---|---|---|---|

## Property

| Date | Code | Type | Make | Model | Description | Tag No. | Item No. |
|---|---|---|---|---|---|---|---|
| 03/15/2022 | Evidence | Other Documents | | | email correspondence | 2200653 | 1 |

## Vehicles

| No. | Role | Vehicle Type | Year | Make | Model | Color | License Plate | State |
|---|---|---|---|---|---|---|---|---|

On 3-3-22 a woman from Brussels Belgium emailed our victim's advocate in regard to a Mentor resident who was harassing her.   See investigation for details.

**OfficerID: MENTOR\cox, Investigation**

On 3-3-22 a woman living in Brussels Belgium emailed Dianne Medvec (victim's advocate) in regard to a male Mentor resident who was harassing her.   According to the email, the woman living in Brussels is named Ludivine Reynaud and the man living in Mentor who is harassing her is named Bryan Reo.

Ludivine claims that she was in a brief relationship with Bryan a year ago when she was in the United States.   The relationship ended and she moved back to Europe.   Over the past 6-7 months Bryan has been sending emails to her at home and at work and has even sent emails to her boss about her.   She claims she wants nothing to do with him and wants him to cease any and all contact with her.   She claims she has filed reports with the Brussels' authorities but all they can do is document the matter because Bryan lives in the United States.   Ludivine has consequently reached out to MPD and is asking us to contact Bryan Reo and tell him to cease any and all contact with her.   She forwarded some of the emails Bryan sent her, for proof of his correspondence to her.   The only threats he makes towards her is that he may sue her for some of her past actions. Those emails were copied and placed into evidence.   MPD has no jurisdiction in the case but we are going to reach out and speak to Bryan Reo as a courtesy.

After reading through the emails forwarded to us, I called Bryan Reo.   He answered, so I identified myself and explained to him why I was calling.   Bryan was very candid and admitted that he knew Ludivine Reynaud and went on to explain how he knew her.   He told me that he had a relationship with Ludivine while she was here in Mentor but the relationship ended and she moved back to Europe.   He still has feelings for her and cares for her, so he sent her emails asking how she is doing.   He believes she may have had him deleted off of You-Tube and may have had something to do with telemarketers from Brussels calling him.   This didn't sit well with him, so this is why he mentioned suing her in his emails.

After hearing his side of the story, I expressed to him that Ludivine wants nothing more to do with him and it was in his best interests to cease any and all correspondence with her. He said he understood and would consider the request.   I thanked him for his cooperation and told him he could call MPD if he received any unwanted correspondence from her.   I warned him though, that we had no jurisdiction in regards to criminal matters, since she resided in Brussels Belgium.

No further police action at this time.