**Bryan Reo**

| | |
|---|---|
| **From:** | Raymond Vasvari <vasvari@vasvarilaw.com> |
| **Sent:** | Wednesday, August 31, 2022 10:00 AM |
| **To:** | Bryan Reo |
| **Subject:** | Re: Posts |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Mr. Reo:

I awoke to motions I did not anticipate given our discussion over the past days via email.

Your motions to compel are out of order. Please withdraw them.

I have been very patient with you and your remarkably aggressive and unprofessional conduct until now.

But you have crossed a line and it is plain that my efforts to move you toward a more collegial approach have been in vain.

Withdraw your motions. Through your motions, emails and abuse you are building a case for a Section 1927 motion against you that I would prefer not to file. But your insistence on acting as you have is making that inevitable.

Yours sincerely,

Raymond V. Vasvari, Jr.

## Vasvari | Zimmerman
attorneys & counselors-at-law

20600 Chagrin Boulevard
Suite 800 Tower East
Shaker Heights, Ohio 44122-5353
vasvari@vasvarilaw.com
www.vasvarilaw.com
t   216.458.5880
f   216.302.3700

CONFIDENTIALITY NOTICE: This message may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately.

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any matters addressed herein.

**From:** Bryan Reo <reo@reolaw.org>
**Date:** Wednesday, August 31, 2022 at 7:28 AM
**To:** Raymond Vasvari <vasvari@vasvarilaw.com>
**Subject:** Re: Posts

As far as I am concerned this is useless. I need access to the actual account.

Ms. Reynaud almost certainly logged in and reactivated what had been, since March 31 2022 a deactivated account, logging in to reactivate around August 23 2022, for the purpose of deleting private messages.

She said she has been using social media message services to communicate with non-lawyers about me and about this case.

I want her Quora private messages, what they were before she deleted them over the last few weeks.


--
Bryan Anthony Reo (#0097470)
REO LAW LLC
P.O. Box 5100
Mentor, Ohio 44061
(Business): (216) 505-0811
(Personal): (440) 313-5893


Admissions- Ohio Courts and Agencies [#0097470], Michigan Courts and Agencies [#P84119], N.D. Ohio, S.D. Ohio, E.D. Michigan, W.D. Michigan, United States Court of Appeals for the 3rd Circuit, United States Court of Appeals for the 6th Circuit, and the United States Court of Appeals for the Armed Forces (#37033)

This electronic mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain private, confidential, and/or privileged information. Any unauthorized review, use, disclosure, or distribution is strictly prohibited, and interception of the same is a federal criminal offense per 18 U.S.C. § 2511. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

On August 30, 2022 11:31:48 PM Raymond Vasvari <vasvari@vasvarilaw.com> wrote:

> Dear Mr. Reo:
>
> I promise you something tonight and your early morning email yesterday expressed your particular interest in the Quora posts. I have obtained them and they are attached hereto. I note that they are not embraced in your Requests for Production, but do constitute social media of the sort embraced by your withdrawn subpoena. Here they are, as a gesture of good faith on

2

that discovery dispute. I do not concede their relevence or admissibility, but said I would provided them.

Yours sincerely,

Raymond V. Vasvari, Jr.

Vasvari | Zimmerman
  attorneys & counselors-at-law

20600 Chagrin Boulevard
Suite 800 Tower East
Shaker Heights, Ohio 44122-5353
vasvari@vasvarilaw.com
www.vasvarilaw.com
t   216.458.5880
f   216.302.3700

CONFIDENTIALITY NOTICE: This message may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately.

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any matters addressed herein.