IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Brian Anthony Reo,<br><br>　　　　Plaintiff,<br><br>　— vs —<br><br>Ludivine Joan Claudia Reynaud,<br><br>　　　　Defendant. | Case No. !:22-cv-00510<br><br>Judge James Gwin<br><br>Errata |

　　　　Defendant respectfully submits the Errata to the Motion for Protective Order (ECF No. 38).

The second paragraph on Page 3 should read as follows:

> The Defendant provided the supplemental information *to undersigned counsel* overnight, but to no avail. At **8:57 a.m. on August 31, 2022**, five hours ahead of his own deadline, the Plaintiff filed a Motion to Compel responses to Interrogatories 12 and 13. (ECF No. 30, Page ID 264–65).

Defendant apologizes for any ambiguity in the original.

　　　　　　　　　　　　　　　Respectfully submitted

　　　　　　　　　　　　　　　/s/ Raymond V. Vasvari, Jr.

　　　　　　　　　　　　　　　**Raymond V. Vasvari, Jr.** (0055538)
　　　　　　　　　　　　　　　　vasvari@vasvarilaw.com
　　　　　　　　　　　　　　　**K. Ann Zimmerman** (0059486)
　　　　　　　　　　　　　　　　zimmerman@vasvarilaw.com
　　　　　　　　　　　　　　　VASVARI | ZIMMERMAN
　　　　　　　　　　　　　　　20600 Chagrin Boulevard
　　　　　　　　　　　　　　　Suite 800 Tower East
　　　　　　　　　　　　　　　Shaker Heights, Ohio 44122-5353
　　　　　　　　　　　　　　　Telephone:  216.458.5880
　　　　　　　　　　　　　　　Telecopier: 216.302.3700

　　　　　　　　　　　　　　　Attorneys for the Defendant

– Certificate of Service –

The foregoing filed today, Thursday, September 1, 2022, through the Court's Electronic Filing System. Service will be made by and copies made be obtained through operation of the CM / ECF System.

> Respectfully submitted
>
> /s/ Raymond V. Vasvari, Jr.
>
> **Raymond V. Vasvari, Jr.** (0055538)
>  vasvari@vasvarilaw.com
> **VASVARI | ZIMMERMAN**
>
> One of the Attorneys for the Defendant