# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **BRYAN ANTHONY REO** | **Case No. 1:22-cv-00510-JG** |
| Plaintiff, | **Hon. James S. Gwin** |
| v. | |
| **LUDIVINE JOAN CLAUDIA REYNAUD** | |
| Defendants. | |

| | |
|---|---|
| **REO LAW, LLC** | **VASVARI & ZIMMERMAN** |
| Bryan Anthony Reo (#0097470) | Raymond Vasvari, Jr. (#0055538) |
| P.O. Box 5100 | K. Ann Zimmerman (#0059486) |
| Mentor, OH 44061 | 20600 Chagrin Blvd. |
| (T): (216) 505-0811 | Suite 800 Tower East |
| (E): reo@reolaw.org | Shake Heights, OH 44122 |
| *Pro se Plaintiff* | (T): (216) 458-5880 |
| | (F): (216) 302-7000 |
| | (E): vasvari@vasvarilaw.com |
| | (E): zimmerman@vasvarilaw.com |
| | *Attorneys for Ludivine Joan Claudia Reynaud* |

### PLAINTIFF BRYAN ANTHONY REO'S
### REPLY IN SUPPORT OF MOTION TO COMPEL DISCOVERY

### (ORAL ARGUMENT REQUESTED)

NOW COMES Bryan Anthony Reo ("Plaintiff"), *pro se*, and hereby propounds upon Defendant Ludivine Joan Claudia Reynaud ("Reynaud" or "Defendant") and this Honorable Court, Plaintiff's Reply in Support of Motion to Compel Discovery of Defendant Ludivine Joan Claudia Reynaud.

Regarding the documents that Defendant has (finally) begun to produce on 6 September 2022, a significant number are corrupted files that will not load or display on Plaintiff's computer.

For instance, every single PDF in "Subfolder 10A" when attempting to load, returns a result of "there was an error opening this document. A file error has occurred." Every single jpg image in the folder fails to load/open.

In Subfolder 10B, none of the PDFs will load/open.

Significant amounts of PDFs do not load, a handful in Subfolder 6 [communications with Mentor Police that Plaintiff already obtained from Mentor Police] do load.

There are some sub-folders that are completely empty.

Plaintiff wishes the Court to know that this discovery dispute is far from resolved.

                                              Respectfully submitted,

                                              /S/. BRYAN ANTHONY REO
                                              Bryan Anthony Reo
                                              P.O. Box 5100
                                              Mentor, OH 44061
                                              (P): (440) 313-5893
                                              (E): Reo@ReoLaw.org
                                              *Pro se Plaintiff*

## **CERTIFICATE OF SERVICE**

I, Bryan Anthony Reo, affirm that I am a party to the above-captioned civil action, and on September 6, 2022, I submitted this Certificate of Service and Plaintiff Bryan Anthony Reo's Reply in Support of Motion to Compel Discovery the Court's Electronic Filing System, which should serve the same upon the attorneys of record for Defendant Ludivine Joan Claudia Reynaud.

/S/ BRYAN ANTHONY REO
Bryan Anthony Reo
P.O. Box 5100
Mentor, OH 44061
(P): (440) 313-5893
(E): Reo@ReoLaw.org
*Pro se Plaintiff*

Dated: September 6, 2022