The Court grants the extension
*s/ James S. Gwin*
JAMES S. GWIN
UNITED STATES
DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Bryan A Reo,<br><br>      Plaintiff,<br><br>– vs –<br><br>Ludivine Joan Claudia Reynaud,<br><br>      Defendant. | Case No.: 1:22-cv-00510<br><br>Judge: James Gwin<br><br><br>Motion for an Additional Forty-Eight Hours in Which to Response to the Pending Motions filed by the Plaintiff |

Defendant Ludivine Joan Claudia Reynaud, by and through her undersigned counsel, moved for an additional forty-eight (48) hours, through and until 5:00 p.m. on Thursday, September 8, 2022, in which to file Responses in Opposition to the several Motions lately filed by the Plaintiff.

The basis for this motion is as follows: undersigned counsel was painfully injured on Saturday morning after falling down a stair at a business in Shaker Heights, landing face first on the floor. While no bones appear to have been broken, he is seriously battered and bruised, and in considerable pain. Counsel is presently unable rise or sit without a prop or assistance and only then with great effort, can walk only slowly and with unusual effort, and has not been able to sleep restfully. He is painfully swollen and bruised and unless his condition improves overnight may seek medical attention. Injuries notwithstanding, he has done his best to attend to the instant matter over the weekend, devoting eight hours to organizing the document production due to the Plaintiff. While the weekend ordinarily would have allowed adequate time to complete Responses in Opposition to the motions in question, and document production due, the accident described above has diminished the ability of Counsel to complete the tasks in the time available.