UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | : | |
|---|---|---|
| BRIAN ANTHONY REO, | : | CASE NO. 1:22-cv-00510 |
| | : | |
| Plaintiff, | : | ORDER |
| | : | [Resolving Doc. 38] |
| v. | : | |
| | : | |
| LUDIVINE JOAN CLAUDIA REYNAUD, | : | |
| | : | |
| Defendant. | : | |

JAMES S. GWIN, UNITED STATES DISTRICT COURT JUDGE:

Plaintiff Bryan A. Reo sues Defendant Ludivine Joan Claudia Reynaud for defamation, false light, and abuse of process.[1]  Defendant moved for a protective order to postpone Defendant's deposition, that occurred on September 2, 2022 at 8:00 a.m. E.D.T.[2] Because that date has now passed, this Court **DENIES** Defendant's motion for a protective order postponing Defendant's deposition as moot.

IT IS SO ORDERED.

Dated: September 8, 2022          *s/     James S. Gwin*
                                  JAMES S. GWIN
                                  UNITED STATES DISTRICT JUDGE

---

[1] Doc. 1.
[2] Doc. 38.