21/06/2022 à 09:23 - Les messages et les appels sont chiffrés de bout en bout. Aucun tiers, pas même WhatsApp, ne peut les lire ou les écouter. Appuyez pour en savoir plus.

21/06/2022 à 09:23 - Uher Vincent: Salut Ludivine, toutes mes félicitations pour l'excellente performance de ton parti! J'ai vu que ta députée restait au PE. Tout va bien pour toi? Amitiés, Vincent

21/06/2022 à 09:36 - Ludivine: Merci beaucoup ! C'est génial en effet. Oui ça va et toi ? Je me demandais ce que tu devenais d'ailleurs. Quoi de neuf ? Ça me ferait plaisir de vous revoir. Amitiés, Ludivine

21/06/2022 à 10:25 - Uher Vincent: Alors moi je cherche un poste pour la rentrée, la Commission n'ayant pas souhaité renouveler mon détachement...

Si tu es dispo pour déjeuner dans le quartier européen un jour, je suis généralement au bureau les mardis, jeudis et vendredis.

21/06/2022 à 10:25 - Uher Vincent: Je voulais aussi te dire: je crois que ton LinkedIn a été piraté.

21/06/2022 à 11:05 - Ludivine: C'est gentil pour Linkedin. En fait malheureusement j'ai un harceleur/corbeau qui me contraint à me faire discrète sur mon lieu de vie, etc. 😓 Si tu veux on peut déjeuner mardi prochain. Ça me ferait plaisir. Amitiés, Ludivine

21/06/2022 à 12:22 - Uher Vincent: Fichtre!

Mardi prochain ce serait très bien. Vers 12h45? Tu as un lieu préféré? Sinon j'ai qqes adresses autour de Schuman.

21/06/2022 à 12:31 - Ludivine: Avec plaisir, où ça t'arrange le plus

23/06/2022 à 08:29 - Uher Vincent: http://www.lagalia.be/

23/06/2022 à 08:30 - Uher Vincent: Pour notre dejeuner de mardi, je te propose cette brasserie belge, rue jacques de Lalaing 22, près de maelbeek.

23/06/2022 à 09:05 - Ludivine: Avec plaisir ! C'est parfait !

28/06/2022 à 08:22 - Ludivine: Bonjour Vincent, j'espère que tu vas bien. Je me demandais si on pouvait remettre à la semaine prochaine s'il te plaît, car je serai en vacances. Amitiés, Ludivine

28/06/2022 à 09:16 - Ludivine: Ou alors vendredi ?

28/06/2022 à 09:17 - Ludivine: 🙏

28/06/2022 à 09:25 - Uher Vincent: Bonjour Ludivine, d'accord pour remettre à vendredi. Sinon ce serait aussi possible le jeudi 7.

28/06/2022 à 09:26 - Ludivine: Vendredi c'est parfait ! Merci beaucoup !

28/06/2022 à 09:28 - Uher Vincent: Très bien, bonne journée!

28/06/2022 à 09:44 - Ludivine: Merci toi aussi ! 🙂

28/06/2022 à 20:29 - Uher Vincent: Bonsoir Ludivine, nous jouons de malchance car vendredi matin je dois finalement me rendre à Paris pour un entretien. Pouvons nous remettre notre déjeuner au jeudi 7?

28/06/2022 à 21:56 - Ludivine: Oui parfait !

29/06/2022 à 00:09 - Uher Vincent: Ouf! Même endroit, même heure alors.

29/06/2022 à 00:12 - Ludivine: Super !

07/07/2022 à 08:54 - Uher Vincent: Salut Ludivine, c'est toujours bon pour ce midi? A tout à l'heure, Vincent

07/07/2022 à 09:09 - Ludivine: Oui avec plaisir !

07/07/2022 à 09:13 - Uher Vincent: Parfait!

07/07/2022 à 11:51 - Ludivine: Je t'attends à l'intérieur

07/07/2022 à 12:02 - Ludivine: Je me suis trompée sur l'heure 🙍

07/07/2022 à 12:25 - Uher Vincent: Mince, je me dépêche!

07/07/2022 à 12:29 - Uher Vincent: J'arrive dans 5mn

07/07/2022 à 12:29 - Ludivine: Non t'inquiète j'ai trouvé à m'occuper

07/07/2022 à 14:49 - Ludivine: Merci beaucoup Vincent ça m'a fait plaisir de te voir !

07/07/2022 à 16:27 - Uher Vincent: A moi également!

10/09/2022 à 19:21 - Uher Vincent: Bonjour Ludivine, j'ai un avocat américain denommé Reo qui veut me poser des questions dans le cadre d'un litige qu'il aurait avec toi. On est d'accord que je ne donne pas suite à sa demande? Amitiés, Vincent

10/09/2022 à 19:26 - Ludivine: Je suis désolée 😔

10/09/2022 à 19:26 - Ludivine: Je peux t'expliquer si tu veux au téléphone

10/09/2022 à 19:41 - Uher Vincent: Non, ne t'embête pas. Tu me diras juste si tu veux que je fasse quelque chose. Bon courage!

10/09/2022 à 19:48 - Ludivine: Merci beaucoup. Je t'expliquerai