# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **BRYAN ANTHONY REO** | **Case No. 1:22-cv-00510-JG** |
| Plaintiff, | **Hon. James S. Gwin** |
| v. | |
| **LUDIVINE JOAN CLAUDIA REYNAUD** | |
| Defendant. | |

| | |
|---|---|
| **REO LAW, LLC** <br> Bryan Anthony Reo (#0097470) <br> P.O. Box 5100 <br> Mentor, OH 44061 <br> (T): (216) 505-0811 <br> (E): reo@reolaw.org <br> *Pro se Plaintiff* | **VASVARI & ZIMMERMAN** <br> Raymond Vasvari, Jr. (#0055538) <br> K. Ann Zimmerman (#0059486) <br> 20600 Chagrin Blvd. <br> Suite 800 Tower East <br> Shake Heights, OH 44122 <br> (T): (216) 458-5880 <br> (F): (216) 302-7000 <br> (E): vasvari@vasvarilaw.com <br> (E): zimmerman@vasvarilaw.com <br> *Attorneys for Ludivine Joan Claudia Reynaud* |

## SECOND DECLARATION OF PLAINTIFF BRYAN ANTHONY REO

This statement is made pursuant to 28 U.S.C. § 1746.

1.      My name is Bryan Anthony Reo. I am an attorney duly admitted to practice in both the State of Ohio and the State of Michigan as well as the United States District Courts of Ohio and Michigan, the United States Court of Appeals for the 6th Circuit and the 3rd Circuit, as well as the Navy Marine Corps Court of Criminal Appeals, the Air Force Court of Criminal Appeals, and the United States Court of Appeals for the Armed Forces. I am in good-standing in all of those

1

courts. I am over 18 years of age. I am competent to testify and would do so if called upon. I make this declaration on personal knowledge and in my capacity as Plaintiff Pro Se in this case.

2. The exhibits submitted in connection with the motion to which this declaration is attached are true and accurate copies of what they purport to be.

3. Mr. Vasvari furnished me, by email, with the document Exhibit 1 "Discussion WhatsApp avec Uher Vincent.txt" on or around 1:30pm EST on 13 September 2022 by email. I have not modified or altered that document in any way.

4. In order to be able to upload the file "Discussion WhatsApp avec Uher Vincent.txt" I pasted the entire body of text from the txt file into a word.doc and then saved it as a PDF so it would be compatible with the ECF filing. At no time did I modify the substance of the text or anything in the body of the document.

5. I entered the relevant excerpt of the document Discussion WhatsApp avec Uher Vincent.txt" into Google Translator and pasted the true and accurate text output of what Google translated the text to, into the body of my Sur Reply Brief.

6. I sent emails to the recently disclosed fact witnesses, Dominique Gouly, Anne Giraud, Fabien Roodhans, and Emmanuel Brun d'Aubignosc as detailed in the body of my Sur Reply Brief. As of the filing of this Sur Reply Brief, I have not received any response or acknowledgement.

7. I sent WhatsApp text messages to the recently disclosed fact witnesses Souradeep Purkayastha, Christopher Aspen, and Vincent Uher, as detailed in the body of my Sur Reply Brief. As of the filing of this Sur Reply Brief, I have not received any response or acknowledgement.

8.      My statement in the body of the Sur Reply Brief, referencing Ms. Reynaud's deposition testimony regarding her deletion of email correspondence as to pornographic impersonation is a true and accurate reference to what Ms. Reynaud stated under oath at her 2 September 2022 deposition.

9.      I am prepared to testify as to all of the above facts and will do so at any proceeding, hearing, or trial on this or any related matter.

I make this declaration and provide that it is sworn under the pains and penalty of perjury this 13 day of September, 2022.

                                          Respectfully submitted,

                                          /S/. BRYAN ANTHONY REO
                                          Bryan Anthony Reo
                                          P.O. Box 5100
                                          Mentor, OH 44061
                                          (P): (440) 313-5893
                                          (E): Reo@ReoLaw.org
                                          *Pro se Plaintiff*

## **CERTIFICATE OF SERVICE**

    I, Bryan Anthony Reo, affirm that I am a party to the above-captioned civil action, and on September 13, 2022, I submitted this Certificate of Service and Plaintiff's Second Declaration to the Court's Electronic Filing System, which should serve the same upon the attorneys of record for Defendant Ludivine Joan Claudia Reynaud.

                      /S/ BRYAN ANTHONY REO
                      Bryan Anthony Reo
                      P.O. Box 5100
                      Mentor, OH 44061
                      (P): (440) 313-5893
                      (E): Reo@ReoLaw.org
                      *Pro se Plaintiff*

Dated: September 13, 2022