# Bryan Reo

| | |
|---|---|
| **From:** | Bryan Reo |
| **Sent:** | Wednesday, September 21, 2022 6:48 PM |
| **To:** | Raymond Vasvari; K. Ann Zimmerman |
| **Cc:** | 'REYNAUD Ludivine Joan Claudia'; 'Ludivine Reynaud' |
| **Subject:** | RE: Reo v Reynaud [Discovery Concerns and pending motion for Protective Order] |

I'll wait until 1:00pm EST tomorrow [22 September 2022] as to this discovery issue, noting I originally set a deadline for 4:00pm EST 21 September 2022.

1:00pm is after I return from French class. I will be in French class in the morning and am not going to be in any particular hurry to file what I have to file, but I do have the motion for a protective order ready to go, all I need to do is trim the more corrosive rhetoric out.

If you want to ask me relationship questions about Ludivine or Stefani, I'll discuss my marriage, divorce, etc., but I'm not going to talk about detailed private sexual matters that have no bearing on anything.

Also, since you asked in interrogatories, and I am responding [and will respond under oath], you may be underwhelmed to hear it, but I have never had a romantic partner, intimate partner, dating partner, marital partner, who before, during, or after the relationship, involved the police, prosecutors, etc., obtained or sought to obtain any sort of CPSO or restraining order, other than what Ms. Reynaud did or attempted to do.


Sincerely,

Bryan Reo


Bryan Anthony Reo (#0097470)
REO LAW LLC
P.O. Box 5100
Mentor, Ohio 44061
(Business): (216) 505-0811
(Personal): (440) 313-5893


Admissions- Ohio Courts and Agencies [#0097470], Michigan Courts and Agencies [#P84119], N.D. Ohio, S.D. Ohio, E.D. Michigan, W.D. Michigan, 3rd Circuit, 6th Circuit, Court of Appeals for the Armed Forces (#37033), United States Air Force Court of Criminal Appeals (AFCCA), and United States Navy-Marine Corps Court of Criminal Appeals (NMCCA).

This electronic mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain private, confidential, and/or privileged information. Any unauthorized review, use, disclosure, or distribution is strictly prohibited, and interception of the same is a federal criminal offense per 18 U.S.C. § 2511. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

THIS FIRM IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT.  ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

**From:** Raymond Vasvari <vasvari@vasvarilaw.com>
**Sent:** Wednesday, September 21, 2022 5:18 PM
**To:** Bryan Reo <reo@reolaw.org>; K. Ann Zimmerman <zimmerman@vasvarilaw.com>
**Cc:** 'REYNAUD Ludivine Joan Claudia' <ludivine.reynaud@europarl.europa.eu>; 'Ludivine Reynaud' <ludivineclaudia.reynaud@yahoo.com>
**Subject:** Re: Reo v Reynaud [Discovery Concerns and pending motion for Protective Order]

I'm putting together a response on everything, it may be tomorrow before your deadline before you get it. For your information, I am not blowing you off, But I've had to deal with things coming to a head in another case today.

Yours sincerely,

Raymond V. Vasvari, Jr.

Vasvari | Zimmerman
20600 Chagrin Boulevard
Suite 800 Tower East
Shaker Heights, Ohio 44122
t • 216.458.5880
f • 216.302.3700
vasvari@vasvarilaw.com

Sent from my iPhone
Please forgive any errors
resulting from a tiny keyboard

**From:** Bryan Reo <reo@reolaw.org>
**Sent:** Wednesday, September 21, 2022 3:21:45 PM
**To:** Raymond Vasvari <vasvari@vasvarilaw.com>; K. Ann Zimmerman <zimmerman@vasvarilaw.com>
**Cc:** 'REYNAUD Ludivine Joan Claudia' <ludivine.reynaud@europarl.europa.eu>; 'Ludivine Reynaud' <ludivineclaudia.reynaud@yahoo.com>
**Subject:** RE: Reo v Reynaud [Discovery Concerns and pending motion for Protective Order]

Will those discovery requests be withdrawn?

I will discuss any relevant non-privileged details of the Ludivine relationship, and some with Stefani such as they are relevant and non-intrusive, but I am not going to delve into any details as to any other women or dating apps. I will not discuss my sexuality absent a court order.

I would suggest you inquire "have you ever had an issue with an intimate partner that resulted in the involvement of law enforcement or the intimate partner involving the police, prosecutor, victim's advocate, seeking or obtaining a civil protection stalking order, or restraining order" and scrap the enumerated abusive/intrusive requests I identified.

I will answer a question as to whether or not an intimate partner has ever sought police assistance or a restraining order during or after the relationship. Ask and I will answer.