**Bryan Reo**

| | |
|---|---|
| **From:** | Raymond Vasvari <vasvari@vasvarilaw.com> |
| **Sent:** | Thursday, September 22, 2022 4:51 PM |
| **To:** | Bryan Reo |
| **Subject:** | Re: Additional Production |

I will send an email tonight running down the existence of these things.

I cannot say what I will get.

I am editing the Priotectiove Order and will sendf tyo a draft when I have it in a neat and proper form tonight.

---

**From:** Bryan Reo <reo@reolaw.org>
**Date:** Thursday, September 22, 2022 at 4:47 PM
**To:** Raymond Vasvari <vasvari@vasvarilaw.com>
**Subject:** RE: Additional Production

All Whats App appear to be heavily abridged, and many have "this message was deleted" on either her end or the other end.

I would prefer that she use the "EXPORT CHAT" feature and send the complete chats, direct to Reo@ReoLaw.org so I am sure there has been no trimming, modifying, or splicing.

I would also like Whats App chats between her and Dominique Gouly and her and Fabien Roodhands, and any between her and Anshul Vaidya.

---

**From:** Raymond Vasvari <vasvari@vasvarilaw.com>
**Sent:** Thursday, September 22, 2022 4:45 PM
**To:** Bryan Reo <reo@reolaw.org>
**Subject:** Re: Additional Production

Specify for me the WhatsApp conversations you think are deficient.

I have asked generally but want to be sure I am not missing anything.

---

**From:** Bryan Reo <reo@reolaw.org>
**Date:** Thursday, September 22, 2022 at 4:27 PM
**To:** Raymond Vasvari <vasvari@vasvarilaw.com>
**Subject:** RE: Additional Production

1

Also, she doesn't have any emails from her mother or sister that are more recent? Has she not spoken to them in months?

Also her mother is on Whats App and I did request a recent Whats App chat log.

---

**From:** Raymond Vasvari <vasvari@vasvarilaw.com>
**Sent:** Thursday, September 22, 2022 4:20 PM
**To:** Bryan Reo <reo@reolaw.org>
**Subject:** Additional Production

Mr. Reo:

Per your email of 20 SEP 2022 at 12:11:

Attached hereto are responsive emails between my client and her mother or sister, Ms. Gouly and Ms. Girard. I am informed that there are no responsive emails with either Mr. Brun or Mr. Roodhans.


Yours sincerely,

Raymond V. Vasvari, Jr.


## Vasvari | Zimmerman
attorneys & counselors-at-law

20600 Chagrin Boulevard
Suite 800 Tower East
Shaker Heights, Ohio 44122-5353
vasvari@vasvarilaw.com
www.vasvarilaw.com
t    216.458.5880
f    216.302.3700

CONFIDENTIALITY NOTICE: This message may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately.

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any matters addressed herein.