| | |
|---|---|
| **From:** | Bryan Reo |
| **To:** | REYNAUD Ludivine Joan Claudia |
| **Cc:** | Ludivine Reynaud |
| **Subject:** | Art 445 CP Belgium |
| **Date:** | 06 August 2022 07:12:57 |

This isn't about the ND Ohio case, this has nothing to do with that.

If you want, I'll share with you all of the documentation on the Article 445 CP case from Belgium, but I would like to hear from you in the affirmative that you want it. I paid a lawyer in Brussels in April and I was told to expect a conviction against you as the result. I don't want you to be convicted and I don't want you to be in jail over this. I've spent a fair amount of money on this with Belgian lawyers, private investigators in Russia, Belgium, France, etc. Money is just piled up like manure, it is noise, it means nothing. "thy silver perish with thee, for thou thought thou could buy the gift of God with money."

If what you want to do is run to your USA lawyer and make a big stink and try to cause me an ethics problem in Ohio, I can't stop that, you can do that if you truly want to. Dude's normal rate is $300 per hour and he bills you $330 per hour per his docs filed in the court. I bill $200 to $250 per hour on hourly work, less if I believe the person is deserving of help, but that's neither here nor there.

You're free and allowed to communicate with anybody you want about anybody you want. The Rules of Professional Conduct only apply to licensed attorneys, and even then Rule 4.2 is fairly clear.

As I told your Ohio attorney-

*Rule 4.2: Communication with Person Represented by Counsel*

***In representing a client****, a lawyer shall not communicate about the subject of the representation with a person the lawyer knows to be represented by another lawyer in the matter, unless the lawyer has the consent of the other lawyer or is authorized to do so by law or a court order.*

*If Ludivine contacts me directly I am going to answer the call and listen to what she has to say. I might even have a few things of my own to say.*

If somebody wants to grieve me in Ohio, fine, do it. I could lose my Ohio law license and still have a fully productive and meaningful life, and I won't lose my law license for talking to somebody about this situation and these circumstances. I've done nothing wrong. If you want to kick up a stink and problem or me, you can run and tell him, "Reo sent me this and didn't copy you on it" and I can't and won't deny that statement, he wasn't copied on this, but it also isn't about the ND Ohio case. Fuck the ND Ohio case, I am not angling to get party admissions from you, I could win that case on a trial next week and everybody knows it, but fuck that, what does winning that case prove? Who cares. Cases are like money, it doesn't matter, it means shit.

A very good Masonic friend of mine recently quit the practice of law, he was defending a lot of criminals and he had his fill. He said I was the only one in his circle to support his decision to walk away from, [I won't say how much but he grossed close to $1,000,000 per year]. He and I were talking and I said, "I found the land I want in Montana, but I need $1,200,000 in the next 30 days and my South Dakota Marty land hasn't sold yet" and he said, "I'll see about getting you the money for a loan." Do you have any friends you could ask for $1,200,000 via a loan?

In the last 15 days I drove the distance from Lisbon to Yekaterinburg, I took the bar exam in Laramie Wyoming, and I inspected a bunch of properties across Wyoming and Montana, and I found what I want in Montana.

I drove through there, it seemed to take days, although it was only a day, singular. A mountain pass was washed out and traffic had to wait for a highway department truck to guide us, I ran into a man and I asked him "you're not originally from Wyoming, are you? Where are you from?" and he answered, "I am from Colombia." I then said, "I thought so but didn't want to pry, I lived in South America for about six months, I thought you were South American." He said he was a dentist who came to the USA for grad school and married an American woman in a small Wyoming town and then stayed here.





https://en.wikipedia.org/wiki/Wyoming_Highway_296

Promises we told and lies we sold,
That pipe dream on that lonely road.

The river meandered through the valley, the road above bobbed and weaved as a boxer avoiding the punches.

The solitary truck snaked along that lonely road.

The empty passenger seat next to him conjured up the stir of echoes of her voice.

He swore he could almost glimpse her countenance, the golden honey dew hair, the diamond blue crystal eyes. For a moment he even felt the touch of her hand on his as her taste was fresh on his lips.

At eternity ago the promises they made, he held her in his embrace and said if she stayed he wouldn't let her go or send her away.

That pipe dream on that lonely road.


It is  work in progress, by profession I am a lawyer not a poet, so I say mea culpa.

I wish you could have seen what I saw in those places. I wish I could have seen your joy and awe at beholding those sites.


I'm in the middle of shit nowhere jerkwater Iowa with horrid internet and cell coverage. Also I'm honestly so drunk I can barely stand up or sit straight in a chair. This is effectively a jerkwater nothing redneck city of absolutely no significance, except a lot of decent salt of the earth blue collar farmer rednecks live here and toil to work their ancestral farms to proudly provide food for those in the wider regions. By no means are they intellectuals but I cannot despise them for they do invaluable work to feed the nation and they have a knowledge of the land that few others have.

I'm going to go to sleep for 6-7 hours, get up, and then drive for 7 hours and be home.


Bryan Anthony Reo (#0097470)
REO LAW LLC
P.O. Box 5100

Mentor, Ohio 44061
(Business): (216) 505-0811
(Personal): (440) 313-5893

Admissions- Ohio Courts and Agencies [#0097470], Michigan Courts and Agencies [#P84119], N.D. Ohio, S.D. Ohio, E.D. Michigan, W.D. Michigan, 3rd Circuit, 6th Circuit, Court of Appeals for the Armed Forces (#37033), United States Air Force Court of Criminal Appeals (AFCCA), and United States Navy-Marine Corps Court of Criminal Appeals (NMCCA).

This electronic mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain private, confidential, and/or privileged information. Any unauthorized review, use, disclosure, or distribution is strictly prohibited, and interception of the same is a federal criminal offense per 18 U.S.C. § 2511. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

THIS FIRM IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

I am home now and would ultimately like to be able to talk with you as Bryan to Ludivine and listen to you as the same, and not have to be Plaintiff Bryan Anthony Reo licensed attorney fishing for party admissions and guarding against making party admissions as to Defendant Ludivine Joan Claudia Reynaud.

I would like to talk with you about anything and everything, anything but the ND Ohio case.

There is a great deal we need to talk about.

Montana certainly has it charms.

Outside of Billings these is basically no traffic in Montana. I sat for two hours doing nothing but being stopped in Chicago traffic both going out there and coming home.

Most people just live to work to pay bills and they never achieve anything beyond basic physical survive. They do the same exact thing every day for a measly pay check and they meet their superficial friends once per week to have beers and talk about nothing. It isn't living, it is just surviving, certainly not thriving.

If we're only here to make money, pay bills, and squander time waiting to die, why even be here?

Isn't there a greater purpose?

--
Bryan Anthony Reo (#0097470)
REO LAW LLC
P.O. Box 5100
Mentor, Ohio 44061
(Business): (216) 505-0811
(Personal): (440) 313-5893

Admissions- Ohio Courts and Agencies [#0097470], Michigan Courts and Agencies [#P84119], N.D. Ohio, S.D. Ohio, E.D. Michigan, W.D. Michigan, United States Court of Appeals for the 3rd Circuit, United States Court of Appeals for the 6th Circuit, and the United States Court of Appeals for the Armed Forces (#37033)

This electronic mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain private, confidential, and/or privileged information. Any unauthorized review, use, disclosure, or distribution is strictly prohibited, and interception of the same is a federal criminal offense per 18 U.S.C. § 2511. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

On August 6, 2022 1:12:00 AM Bryan Reo <reo@reolaw.org> wrote:

This isn't about the ND Ohio case, this has nothing to do with that.

If you want, I'll share with you all of the documentation on the Article 445 CP case from Belgium, but I would like to hear from you in the affirmative that you want it. I paid a lawyer in Brussels in April and I was told to expect a conviction against you as the result. I don't want you to be convicted and I don't want you to be in jail over this. I've spent a fair amount of money on this with Belgian lawyers, private investigators in Russia, Belgium, France, etc. Money is just piled up like manure, it is noise, it means nothing. "thy silver perish with thee, for thou thought thou could buy the gift of God with money."

If what you want to do is run to your USA lawyer and make a big stink and try to cause me an ethics problem in Ohio, I can't stop that, you can do that if you truly want to. Dude's normal rate is $300 per hour and he bills you $330 per hour per his docs filed in the court. I bill $200 to $250 per hour on hourly work, less if I believe the person is deserving of help, but that's neither here nor there.

You're free and allowed to communicate with anybody you want about anybody you want. The Rules of Professional Conduct only apply to licensed attorneys, and even then Rule 4.2 is fairly clear.

As I told your Ohio attorney-

*Rule 4.2: Communication with Person Represented by Counsel*

-
**In representing a client**, *a lawyer shall not communicate about the subject of the representation with a person the lawyer knows to be represented by another lawyer in the matter, unless the lawyer has the consent of the other lawyer or is authorized to do so by law or a court order.*

There is a very ugly world coming into view and becoming clearer by the day.

A global food shortage and famine is being engineered right now. Under the guise of climate and environmental protection there is a plan for mass de-population.

https://www.foxnews.com/world/dutch-farmers-form-freedom-convoys-protest-governments-strict-environmental-rules

https://www.theguardian.com/environment/2022/jul/21/emotion-and-pain-as-dutch-farmers-fight-back-against-huge-cuts-to-livestock

https://en.m.wikipedia.org/wiki/Dutch_farmers_protests

https://www.npr.org/2022/05/23/1100592132/united-nations-food-shortages

https://www.washingtonpost.com/business/2022/07/14/fertilizer-inflation-food-shortage/

https://foreignpolicy.com/2022/07/22/global-energy-crisis-natural-gas-fuel-shortage-power-cut/

It all ties together, I see the patterns and I know the overall picture. Fuel, energy, fertilizer, mass shortages of everything needed to produce food and transport food to markets. Do you know much energy a commercial farm under irrigation requires to operate? Do you know how much fodder cattle require in winter? Even great grazing land isn't sufficient during the winter months, they require feed/fodder.

The global food supply will be completely collapsed by 2030 and then food distribution centers will be organized, entrance into them requiring presentation of vaccine passports showing endless boosters. The vaccine/booster program is long-term birth control and will also compromise the immune system.

If the contrived war in Ukraine doesn't get NATO what it wants, they will escalate and push Russia into a nuclear exchange. Most of the major metropolitan areas of European NATO countries will be destroyed and most primary and secondary nuclear targets in the USA will be destroyed. I presently live near a tertiary nuclear target which was a secondary target during the 1960s when nuclear missiles were based in Cleveland but that was a long time ago.

Out West I would be hundreds of miles away from any targets, primary, secondary, or tertiary. The only target in Montana would be the ICBM fields in Cascade County. The only target in Wyoming would be the ICBM fields of the 90th Missile Wing at Warren Air Force Base.

I see the global tyranny taking shape and I know the way forward for them is to plunge the world into complete chaos and then be left standing over the ashses of a demoralized, starving and irradiated people who will beg for tyranny as a way to have order restored and to be fed in some degree of comfort.

I am fairly certain that I am going to be fine. I always seem to be. Sidoti commented I win everything I put my mind to or set my hand to and I have no problem making deals, moves, stacking up money. I agreed and commented "it is a lonely existence, toasting to nothing in particular, raising a glass with nobody, at a nice marble table."

Sidoti said "You're really missing the mark if you always know what to say in a case, and you always have the answer to anything and everything about the law and everything else, but you can't call up some girl in Belgium and tell her you're sorry for how things went wrong, you regret what was said and done, you miss her, you love her, you want her here with you, and just that."

I told him, "it is hard to say anything to somebody who probably doesn't want to hear it and then there's the simple issue that she's an adverse party in a case that will probably take on the shape of a total war."

He told me, "look brother, my wife is dead and I lost my daughter, I'm too old for family, that ship sailed for me. What are you going to do, sell the Dakota ranch, move to Montana, get the ranch you want, and then what? Feed cows and wait to die? Who is going to take over your ranch? Where are your heirs? Don't let your future slip away because you claim to not know what to say. You always know what to say, the truth."

I told him, "the truth? The truth is I'm in love with and longing for a woman I am in litigation against, who made false accusations to the police, who tried to get me charged with a crime, who I am in the process of having prosecuted in Belgium. The truth is that this is crazy. It doesn't make much sense. I've missed her since the day she left and not a day has gone by I haven't loved her and thought about her."

Dave said, "this is insane. Just win the case and be done with everything. Move on."

"Win? At what cost to me? At what cost to her? Who wins a civil war? The wounds of a civil war run deep and seldom heal. The nation lies in ruins."

Sidoti quit a job that was wrecking his spirit and killing his soul. His colleagues told him he insane to walk away from approximately one million dollars per year. I was the only one to express support. I told him, "they want to fit you into a box and have you be what they think you ought to be. When you won't fit any more they tell you you're broken and they say you need to be medicated to be fixed so you can resume doing what they want you to do, quietly generating wealth for them without complaint. They can't conceive of the possibility that you just don't want that life any longer."

He told me how much he was making and how he was dying inside. Just to be clear, most of his clients were sex offenders, rapists, wealthy child molesters, child porno, and significant drug traffickers (5-10kg heroin, 2kg meth, 20kg cocaine). I told him, "you suffer because of the disconnect in knowing these people belong in prison or the ground and that is the right thing, and then helping to loose them back on society through legal process is the wrong thing. On some level you surely wonder when you get a child rapist an acquittal, what kid is he going to rape the month after you get him acquitted."

I was right, I nailed it. He said he won't ever do another criminal case again. He used to be a police detective with the police in Cleveland after he got out of the military, he mostly investigated sexual assaults and sex crimes.


I think I just need to speak plainly and concisely.

I love you, I miss you, I've always missed you, I would like to hear from you, I would like you to come to the United States in the near future, I want to sort everything out with you, somehow we'll find a way to make sense of this, and when everything is resolved and done we can decide what comes next or what the next step or move is. There is a lot that doesn't make sense to me but I know we can tackle it together and sort it out. I would like to see you in the USA soon, and not in connection with some litigation of some case or claim.

It is not a matter of "well Stéfani left, time to get back with second choice Plan B Ludivine" because the simple truth is Stéfani told me, after she got back to Brazil "I thought you knew I left because of her. At the end of it, it was clear to me your mind was on her and you had wanted her in the USA with you, and you were with me but thinking about her, and I don't like the USA any way and don't want children any way, so it wouldn't make sense to be with me any way if you're really longing for her and thinking about having children with her." You were the first choice, but you didn't seem ready to be chosen and picked. You weren't in any hurry to wrap up your affairs in Belgium and leap into a new life in the USA.

I would like to extend my hand to you and I would like you to take and accept my offer. I would like to extend my forgiveness to you and to request your forgiveness of me, and to receive the benefit of your forgiveness while you receive the benefit of mine.

I know how we connected was real and true, and it is rare in this world of confusion and lies to have that. We shouldn't be at odds like this, let alone fighting in this way. It isn't right, it isn't good, and it isn't healthy.

There is no law or rule that prevents you from talking to me.

There is a horrific yet uncertain future taking shape in the world around us. Of the unknowns and uncertainties I am certain that you should be in the USA and you should be with me, and it will be for the best.

I am asking you to bet the company pay roll and roll the hard six, because your life should have more value and purpose than just working in an office to pay bills while waiting to watch the years tick by before you die. We can pursue a greater purpose together. All of the contention is really just confused frustration, and the noise of insecurities, fears, and anxieties.

For most of 2020 and all of 2021 the world of tyranny kept us apart, now it is only us doing this to ourselves. It doesn't have to be that way.

I think this may be the last attempt I make to talk and open a line to discuss this with you.

The next move is on you.

--
Bryan Anthony Reo (#0097470)
REO LAW LLC
P.O. Box 5100
Mentor, Ohio 44061
(Business): (216) 505-0811
(Personal): (440) 313-5893


Admissions- Ohio Courts and Agencies [#0097470], Michigan Courts and Agencies [#P84119], N.D. Ohio, S.D. Ohio, E.D. Michigan, W.D. Michigan, United States Court of Appeals for the 3rd Circuit, United States Court of Appeals for the 6th Circuit, and the United States Court of Appeals for the Armed Forces (#37033)

This electronic mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain private, confidential, and/or privileged information. Any unauthorized review, use, disclosure, or distribution is strictly prohibited, and interception of the same is a federal criminal offense per 18 U.S.C. § 2511. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

On August 6, 2022 6:28:08 PM Bryan Reo <reo@reolaw.org> wrote:

> I am home now and would ultimately like to be able to talk with you as Bryan to Ludivine and listen to you as the same, and not have to be Plaintiff Bryan Anthony Reo licensed attorney fishing for party admissions and guarding against making party admissions as to Defendant Ludivine Joan Claudia Reynaud.
>
> I would like to talk with you about anything and everything, anything but the ND Ohio case.
>
> There is a great deal we need to talk about.

| From: | Bryan Reo |
|--------|-----------|
| To: | REYNAUD Ludivine Joan Claudia |
| Cc: | Ludivine Reynaud |
| Subject: | Re: Art 445 CP Belgium |
| Date: | 07 August 2022 18:39:02 |

445 should be taken seriously and we should talk about how to resolve that.

Just so you know I am probably taking a risk just by contacting you. Are you contemplating taking a similar risk? If you don't burn me and make me regret it then I won't burn you and neither of us need go away burnt or with regrets. We should talk, outside of all of the legal manure and court BS. I don't want to be burnt and I don't want you burnt. I am not angling to rope you into saying something damaging.


I think it would be a fairly sad outcome for you to be convicted of a crime and sent to jail. I don't imagine "I need time off to go to jail" is a going to go over well with any employer. "I've been convicted of a crime of dishonesty" isn't a stellar point for a solid CV.


A series of correspondence between myself and a Belgian lawyer-


1 July 2022

Hello,

Have we submitted enough evidence to make it likely that a charge and referral to the criminal court will happen?

Thanks,

Bryan Reo




4 July 2022 [response]

Hello,

I don't see what other evidences we could provide.

The only interesting things in art. 445 are:

To prove that she wrote to Belgian police, yet only IJ investigation will be able to show that, at this stage we have only her own written confession that she did it;

And to prove that what she wrote is wrong, which you showed us as much as you could and which was attached to the claim – if not the IJ would not have accepted the claim.

Regards,




4 July 2022

Will Article 445 apply to the statements she made to police in the USA against me while she was in Belgium making the statements? The statements she made to the USA police are the most egregious.


I have no clue what she wrote to Belgian police because I have never seen those statements and they are likely going to be in French anyway, so I wouldn't know what they mean.

5 July 2022 [reply]

Normally art 445 applies when the recipient receives the wrong informationn and as a rule Belgian criminal law applies only when the infringement takes place in Belgium. As a result, it does not apply to statements sent to US police.


2 August 2022

Ms. Reynaud, through her lawyer in the USA, claims she has conferred with Belgian police and prosecutors and she claims she is not

under investigation and not going to be indicted for calumny.

What is the present status of the investigation?

5 August 2022

Hello,

What we know for sure is that an investigation does exist, because we lodged a claim.

If it was closed, we would have been informed.

As explained earlier, it would be appropriate to wait at least until September to request an access to the file.

Regards

During initial intake and compiling of the documents in April 2022 he wrote me-

False statement to authorities are punished by article 445 of criminal code (15 days to 6 months of jail, and fine up to 8,000 €). What you sent me shows that she committed this crime

--
Bryan Anthony Reo (#0097470)
REO LAW LLC
P.O. Box 5100
Mentor, Ohio 44061
(Business): (216) 505-0811
(Personal): (440) 313-5893

Admissions- Ohio Courts and Agencies [#0097470], Michigan Courts and Agencies [#P84119], N.D. Ohio, S.D. Ohio, E.D. Michigan, W.D. Michigan, United States Court of Appeals for the 3rd Circuit, United States Court of Appeals for the 6th Circuit, and the United States Court of Appeals for the Armed Forces (#37033)

This electronic mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain private, confidential, and/or privileged information. Any unauthorized review, use, disclosure, or distribution is strictly prohibited, and interception of the same is a federal criminal offense per 18 U.S.C. § 2511. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

On August 7, 2022 9:50:20 AM Bryan Reo <reo@reolaw.org> wrote:

There is a very ugly world coming into view and becoming clearer by the day.

A global food shortage and famine is being engineered right now. Under the guise of climate and environmental protection there is a plan for mass de-population.

https://www.foxnews.com/world/dutch-farmers-form-freedom-convoys-protest-governments-strict-environmental-rules

https://www.theguardian.com/environment/2022/jul/21/emotion-and-pain-as-dutch-farmers-fight-back-against-huge-cuts-to-livestock

https://en.m.wikipedia.org/wiki/Dutch_farmers_protests

If you want to talk to me, just talk to me. I won't hurt you and I won't use your words against you.

How do I know you won't try to use what I have already said against me? How do I know you won't run to your USA lawyer?

I guess I just trust you'll do the right thing and are contemplating and pondering whether to converse with me.

How do you know I won't try to use something you say against you? How do you know anything I have said is genuine and not some manipulative scheme to get you to say something so I can get a judgment? Is that it?

How do I know I can trust you? I mean really trust you? How can I be sure? I'm not, but that is what trust is. It is a choice. We choose to bestow trust.

I'm extending trust to you. You can do the same with me. It will make things a lot easier.

I believe you're a good person, or at least I want to believe that and I hope I am right and that you are.

I think a few international phone calls would be a lot cheaper than what I have spent on this.

Hell an international flight booked on six hours notice would be way cheaper than what either of us has spent on this. We have better things to spend money on than a trans-Atlantic slugging match.

You're a work slave office drone grinding yourself into an early grave and you have way more to offer the world than being a burn out on her way to an early grave. Why not take some time off, take a leave of absence or something, come to the USA, and we can sort everything out. I'll show you around the Great Plains and the Prairie states. Sidoti walked away from a far more lucrative job that was actually a genuine career. Your job doesn't really care about you or further your life beyond paying basic bills, not really.

You came to the USA once without negative consequences or problems, your trust wasn't misplaced. Why would there be negative results now?

I don't want you in languishing in jail, I don't want you in working yourself to death in some useless office, and I don't want you crippled with anxiety in some court room. You know where I want you. I want you with me, and I want all of the whole manure pile of drama worked out and resolved. We can work it out and resolve it together. We're basically both very intelligent people with a lot of diligence and zeal, we can solve any problem or puzzle together..

I think you realize I am very resourceful and clever. I don't want to have those talents arrayed against you in any context.

You belong in the USA with me and I with you. We both know this. We've been wasting time for the last two years due to being afraid to move forward, and we shouldn't be wasting more. In the last two years every day we didn't spent with each other was a wasted day and a missed opportunity. I've had a lot of good days and great days but your absence kept them from being awesome or spectacular days.

I'm really worried about my friend Sidoti. He went dark Friday afternoon and it has been more than 48 hours, close to 60 hours, since I heard from him. He was supposed to call me but he never did and he doesn't answer his phone and nobody from his old office knows where he is. He isn't having a good time lately. He is broken up over many things and he said he worries about me now.

I think my life is about an 8/10 and the right woman could bump it to a 9 or 10 out of 10. If that is you then you should come on over and we should blaze a trail to where life ought to go. You can't be an American cow girl without a ranch.

It is time for you to write something or pick up the phone, especially if you want to and are holding back because of some fear. You don't need to be afraid of anything about me.

A friend once said "true love casts out all fear, if you're afraid of me there's something wrong with you."

I'm not afraid of you.


--
Bryan Anthony Reo (#0097470)
REO LAW LLC
P.O. Box 5100
Mentor, Ohio 44061
(Business): (216) 505-0811
(Personal): (440) 313-5893


Admissions- Ohio Courts and Agencies [#0097470], Michigan Courts and Agencies [#P84119], N.D. Ohio, S.D. Ohio, E.D. Michigan, W.D. Michigan, United States Court of Appeals for the 3rd Circuit, United States Court of Appeals for the 6th Circuit, and the United States Court of Appeals for the Armed Forces (#37033)

This electronic mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain private, confidential, and/or privileged information. Any unauthorized review, use, disclosure, or distribution is strictly prohibited, and interception of the same is a federal criminal offense per 18 U.S.C. § 2511. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or

Ludivine,

If you're behind the wave of prostitutes, escorts and call girls messaging me on social media, please cut it out.

I've had an explosion of messages in the last five months from outright escorts who admit to being escorts to call girls and escorts who dress it up as something else and pretend they aren't what they are.

I also received an explosion of spam emails from shit I never signed up for. Erectile dysfunction, porn addiction treatment, feminist crap, plastic surgery, the sort of jabs that might come from you.

Sex workers disgust me and I think you know that. I had a whore for a mother and still have bad memories of watching her string of "boyfriends" of the week or the weekend come and go.

Do you know how many times I've been propositioned by prostitutes or escorts in my life?

By approaching me it implies I am the sort of man who might be receptive. It is a horrendous insult on my honor and a slur against my dignity.

If a whore suggests to me I should be open to the prospect of lying with her and bedding down, it suggests that I am willing to do a dishonorable and detestable thing.

As you know I have long held that whores should be publicly stoned by the community.

You've always had my attention or can get my attention by asking.

I don't know if you would be enraged enough and petty enough to do this sort of childish thing and direct this sort of nonsense contact to me. I would hope not. I think better of you than that.

I haven't had a real conversation with you in about one year, other than your suicide threat ranting melt down on 31 March 2022. I have no real idea what your present state of mind was. You were clearly drugged/doped on 11 July 2022. I don't imagine you are doing well. I guess I might not know what you're capable of, but I still choose to believe you're a good person and wouldn't do something so silly and pathetic. I think you're above it and better than that. I don't derive any satisfaction from the thought of you being medicated, doped, miserable, and anxious. I really do want only good things for you.

I would ask you leave me alone if you are behind this wave of sex workers bothering me on social media.

If you're not behind it then I apologize for the incorrect assumption.

I would still like to be able to talk with you.

At some point you're going to be coming to Cleveland. You might as well talk to me and coordinate to plan a positive conciliatory trip and not an adversarial one.

For a beautiful woman you weren't looking very fine on 11 July 2022, not at all. I told you those endless 12 hour days, no exercise, no sunlight, eating on the go, and 4 hours of sleep with caffeine throughout the day would catch up with you and burn you out. If you were going for the "mentally ill lesbian feminist on psych meds" look you nailed it.

I didn't do anything on 11 July 2022 after the hearing because I spent the rest of the day with a throbbing headache and I wept at the sight and thought of what you have become.

You need a vacation. You realize a month with me and a trip across the woods and hills of Appalachian Ohio

and you might be completely free of meds and on the road to being free of anxiety. A few months on the Great Plains and into Wyoming and Montana and well hell, I think you might not want to look back or go back.

More than a vacation, you need an overhaul and a change in life. You're on a dark road, that long black train that can only end with the outer darkness and the lake of fire.

If I had you here for two to three months you might ask me to say or I might tell you I think you ought to stay. I know fairly well what I would tell you, but it is an open question as to whether you would listen.

If you're trying to indirectly kick up a dust storm and get my attention, well you've largely always had my attention and interest. By the way I'm fairly certain you were following my YouTube last autumn and got me deleted but that isn't relevant and I don't much care, but I did have that suspicion.

I still want to hear from you, and I'd like to talk with you, and I'd like to see you.

I guess the way my mind works I'd say it doesn't make an enormous amount of sense, any of this, but you have an invite to sit at my table and cash your chips in until at some point enough has happened and my perspective is such that I decide not to let you have a seat at my table and then that ship fails forever.

If you want to talk with me than it would be now or soon and not 8 months from now when you're on the receiving end of an order to pay from a a Belgian court or any court. If the day after a Belgian court says "90 days in jail and pay 8000 Euros" well don't expect me to accept any calls from a Belgian number unless it is my lawyer in Belgium.

There's a fair amount of bad blood between the both of us and it may be odd but I don't put much stock in that or care too much about that. Squabbles and petty differences don't really matter in this world, do they?

I really would like to be able to see your smile on that day you finally understand life as you take the first step towards that American dream you always talked about. Someday you will realize there is nothing for on the path you have been on. It isn't clear if you will realize it while there is still time to change the road you're on.

You don't have to believe me, but everything I've said has been the truth. You often told me "I don't know and can't know what your intentions for me are, once you have me in the USA and dependent on you" but you know the intentions of your corporate paymasters. They'll pay you a subsistence salary as compensation for letting your dreams die on the vine, make you take pharmaceutical dope as a condition of employment, then when you're fully burned out they'll drop you and find a fresh 21-23, year old to start the cycle over again and get 10-15 years out of her.

I would never wish your life on any daughter of mine or any woman I cared about, which is why I don't wish it on you. If you had a male relative who was half the man I am, you wouldn't be in Brussels right now miserable with the life you are living. Ask yourself if you would want to have a daughter and have her repeat your major life decisions and have the life you have now. Ask yourself if you had a daughter, which man have you dated that you would be fine with her bringing home and having as your son-in-law.

I might wish a bride such as yourself on a son of mine, but not your life on any daughter of mine. Your life is a testament to your capacity to make bad decisions and to compound them with worse decisions. I'm offering you a ladder out of a hole. Stop digging and start climbing.

Ask yourself, do you even expect to ever have a daughter, or any child? Are you even on track to make enough money to retire when you're 65 or to have a house when you're 50?

I dropped the ball in August 2021 and I wasn't there when you had health problems and wouldn't elaborate or tell me and I didn't seem too interested or involved and I let it slide and didn't press the issue to get to the bottom of things. I can't change the past for not being there then. All I can do is say I want to be here now, and mean it, and I do. I'm sorry I let you down then, it hasn't been easy for me to forgive myself because from my perspective you basically tried to kill yourself and I pretty much missed it and didn't pick up on anything about it. Whether or not I finally fully forgive myself some day, I would like your forgiveness.

I think we should talk, or perhaps meet and talk. It might be a good idea to start with August 2021 or wherever

you feel inclined that we ought to start. I would like to listen to what you may have to say.

I wish a much better life for you.

We both know it is true. I wish you could see yourself through my eyes, if even just for a day or only for an hour. Then you would be convinced of the truth of what I say and what I mean. I wish you could know Ludivine as I was able to know Ludivine. Do you know Ludivine and do you like what you know?

I want you to come to the United States. Under what circumstances and for how long, that is a topic to be covered in a series of conversations and subject to some discussions.

I miss that keen intellect that was on display in our daily conversations and I miss that intoxicatingly sultry voice that matched said intellect. Your talents are wasted and your potential is largely unrealized in your present life. Your intellect and beauty will perish with you the way my money, determination, drive, intelligence, and ambition, could very well perish with me. It would be a tragedy.

It is easy to say I am sorry for how things unfolded. If you call me I'll be glad to explain how I intend to prove the sincerity of what I have said, to demonstrably show it.

It won't ever work if you don't actually call me or talk to me. It is entirely on you whether or not you want to take a plunge and directly speak with me. All I can say is I promise on my honor, in the presence of Almighty God, not to discuss the ND Ohio case and not to manipulate you into making party admissions.

I pray for you each morning and each evening. Even as we fight an unholy and wrong conflict.


Bryan

--
Bryan Anthony Reo (#0097470)
REO LAW LLC
P.O. Box 5100
Mentor, Ohio 44061
(Business): (216) 505-0811
(Personal): (440) 313-5893


Admissions- Ohio Courts and Agencies [#0097470], Michigan Courts and Agencies [#P84119], N.D. Ohio, S.D. Ohio, E.D. Michigan, W.D. Michigan, United States Court of Appeals for the 3rd Circuit, United States Court of Appeals for the 6th Circuit, and the United States Court of Appeals for the Armed Forces (#37033)

This electronic mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain private, confidential, and/or privileged information. Any unauthorized review, use, disclosure, or distribution is strictly prohibited, and interception of the same is a federal criminal offense per 18 U.S.C. § 2511. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.


On August 8, 2022 6:49:14 AM Bryan Reo <reo@reolaw.org> wrote:

> I didn't sleep particularly well. I woke up about 3 hours ago which is very unusual for me.

> I am concerned you had the poison cocktail forced upon you sometime last summer and have had health problems from it. Honestly there is nothing at your job worth your health, your life, or your soul. There is no reason to accept their poison.

> I wish I knew you were okay, and I wish you to be okay.

> I never got vaxxed and never will.

My faith informed me not to get vaxxed. I just knew as a matter of faith and discernment not to accept the vaccine.

--

Bryan Anthony Reo (#0097470)
REO LAW LLC
P.O. Box 5100
Mentor, Ohio 44061
(Business): (216) 505-0811
(Personal): (440) 313-5893

Admissions- Ohio Courts and Agencies [#0097470], Michigan Courts and Agencies [#P84119], N.D. Ohio, S.D. Ohio, E.D. Michigan, W.D. Michigan, United States Court of Appeals for the 3rd Circuit, United States Court of Appeals for the 6th Circuit, and the United States Court of Appeals for the Armed Forces (#37033)

This electronic mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain private, confidential, and/or privileged information. Any unauthorized review, use, disclosure, or distribution is strictly prohibited, and interception of the same is a federal criminal offense per 18 U.S.C. § 2511. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

On August 7, 2022 9:12:11 PM Bryan Reo <reo@reolaw.org> wrote:

If you want to talk to me, just talk to me. I won't hurt you and I won't use your words against you.

How do I know you won't try to use what I have already said against me? How do I know you won't run to your USA lawyer?

I guess I just trust you'll do the right thing and are contemplating and pondering whether to converse with me.

How do you know I won't try to use something you say against you? How do you know anything I have said is genuine and not some manipulative scheme to get you to say something so I can get a judgment? Is that it?

How do I know I can trust you? I mean really trust you? How can I be sure? I'm not, but that is what trust is. It is a choice. We choose to bestow trust.

I'm extending trust to you. You can do the same with me. It will make things a lot easier.

I believe you're a good person, or at least I want to believe that and I hope I am right and that you are.

I think a few international phone calls would be a lot cheaper than what I have spent on this.

Hell an international flight booked on six hours notice would be way cheaper than what either of us has spent on this. We have better things to spend money on than a trans-Atlantic slugging match.

You're a work slave office drone grinding yourself into an early grave and you have way more to offer the world than being a burn out on her way to an early grave. Why not take some time off, take a leave of absence or something, come to the USA, and we can sort everything out. I'll show you around the Great Plains and the Prairie states. Sidoti walked away from a far more lucrative job that was actually a genuine career. Your

job doesn't really care about you or further your life beyond paying basic bills, not really.

You came to the USA once without negative consequences or problems, your trust wasn't misplaced. Why would there be negative results now?

I don't want you in languishing in jail, I don't want you in working yourself to death in some useless office, and I don't want you crippled with anxiety in some court room. You know where I want you. I want you with me, and I want all of the whole manure pile of drama worked out and resolved. We can work it out and resolve it together. We're basically both very intelligent people with a lot of diligence and zeal, we can solve any problem or puzzle together..

I think you realize I am very resourceful and clever. I don't want to have those talents arrayed against you in any context.

You belong in the USA with me and I with you. We both know this. We've been wasting time for the last two years due to being afraid to move forward, and we shouldn't be wasting more. In the last two years every day we didn't spent with each other was a wasted day and a missed opportunity. I've had a lot of good days and great days but your absence kept them from being awesome or spectacular days.

I'm really worried about my friend Sidoti. He went dark Friday afternoon and it has been more than 48 hours, close to 60 hours, since I heard from him. He was supposed to call me but he never did and he doesn't answer his phone and nobody from his old office knows where he is. He isn't having a good time lately. He is broken up over many things and he said he worries about me now.

I think my life is about an 8/10 and the right woman could bump it to a 9 or 10 out of 10. If that is you then you should come on over and we should blaze a trail to where life ought to go. You can't be an American cow girl without a ranch.

It is time for you to write something or pick up the phone, especially if you want to and are holding back because of some fear. You don't need to be afraid of anything about me.

A friend once said "true love casts out all fear, if you're afraid of me there's something wrong with you."

I'm not afraid of you.


--
Bryan Anthony Reo (#0097470)
REO LAW LLC
P.O. Box 5100
Mentor, Ohio 44061
(Business): (216) 505-0811
(Personal): (440) 313-5893


Admissions- Ohio Courts and Agencies [#0097470], Michigan Courts and Agencies [#P84119], N.D. Ohio, S.D. Ohio, E.D. Michigan, W.D. Michigan, United States Court of Appeals for the 3rd Circuit, United States Court of Appeals for the 6th Circuit, and the United States Court of Appeals for the Armed Forces (#37033)

This electronic mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain private, confidential, and/or privileged information. Any unauthorized review, use, disclosure, or distribution is strictly prohibited, and interception of the same is a federal criminal offense per 18 U.S.C. § 2511. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.


On August 7, 2022 12:38:51 PM Bryan Reo <reo@reolaw.org> wrote:

445 should be taken seriously and we should talk about how to resolve that.

Just so you know I am probably taking a risk just by contacting you. Are you contemplating taking a similar risk? If you don't burn me and make me regret it then I won't burn you and neither of us need go away burnt or with regrets. We should talk, outside of all of the legal manure and court BS. I don't want to be burnt and I don't want you burnt. I am not angling to rope you into saying something damaging.

I think it would be a fairly sad outcome for you to be convicted of a crime and sent to jail. I don't imagine "I need time off to go to jail" is a going to go over well with any employer. "I've been convicted of a crime of dishonesty" isn't a stellar point for a solid CV.

A series of correspondence between myself and a Belgian lawyer-

1 July 2022

Hello,

Have we submitted enough evidence to make it likely that a charge and referral to the criminal court will happen?

Thanks,

Bryan Reo

4 July 2022 [response]

Hello,

I don't see what other evidences we could provide.

The only interesting things in art. 445 are:

To prove that she wrote to Belgian police, yet only IJ investigation will be able to show that, at this stage we have only her own written confession that she did it;

And to prove that what she wrote is wrong, which you showed us as much as you could and which was attached to the claim – if not the IJ would not have accepted the claim.

Regards,

4 July 2022

Will Article 445 apply to the statements she made to police in the USA against me while she was in Belgium making the statements? The statements she made to the USA police are the most egregious.

I have no clue what she wrote to Belgian police because I have never seen those statements and they are likely going to be in French anyway, so I wouldn't know what they mean.

5 July 2022 [reply]

Normally art 445 applies when the recipient receives the wrong informationn and as a rule Belgian criminal law applies only when the infringement takes place in Belgium. As a result, it does not apply to statements sent to US police.

2 August 2022

Ms. Reynaud, through her lawyer in the USA, claims she has conferred with Belgian police and prosecutors and she claims she is not under investigation and not going to be indicted for calumny.

What is the present status of the investigation?

5 August 2022

Hello,

What we know for sure is that an investigation does exist, because we lodged a claim.

If it was closed, we would have been informed.

As explained earlier, it would be appropriate to wait at least until September to request an access to the file.

Regards

During initial intake and compiling of the documents in April 2022 he wrote me-

False statement to authorities are punished by article 445 of criminal code (15 days to 6 months of jail, and fine up to 8,000 €).  What you sent me shows that she committed this crime

--
Bryan Anthony Reo (#0097470)

REO LAW LLC
P.O. Box 5100
Mentor, Ohio 44061
(Business): (216) 505-0811
(Personal): (440) 313-5893

Admissions- Ohio Courts and Agencies [#0097470], Michigan Courts and Agencies [#P84119], N.D. Ohio, S.D. Ohio, E.D. Michigan, W.D. Michigan, United States Court of Appeals for the 3rd Circuit, United States Court of Appeals for the 6th Circuit, and the United States Court of Appeals for the Armed Forces (#37033)

This electronic mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain private, confidential, and/or privileged information. Any unauthorized review, use, disclosure, or distribution is strictly prohibited, and interception of the same is a federal criminal offense per 18 U.S.C. § 2511. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

On August 7, 2022 9:50:20 AM Bryan Reo <reo@reolaw.org> wrote:

There is a very ugly world coming into view and becoming clearer by the day.

A global food shortage and famine is being engineered right now. Under the guise of climate and environmental protection there is a plan for mass de-population.

https://www.foxnews.com/world/dutch-farmers-form-freedom-convoys-protest-governments-strict-environmental-rules

https://www.theguardian.com/environment/2022/jul/21/emotion-and-pain-as-dutch-farmers-fight-back-against-huge-cuts-to-livestock

https://en.m.wikipedia.org/wiki/Dutch_farmers_protests

https://www.npr.org/2022/05/23/1100592132/united-nations-food-shortages

https://www.washingtonpost.com/business/2022/07/14/fertilizer-inflation-food-shortage/

https://foreignpolicy.com/2022/07/22/global-energy-crisis-natural-gas-fuel-shortage-power-cut/

It all ties together, I see the patterns and I know the overall picture. Fuel, energy, fertilizer, mass shortages of everything needed to produce food and transport food to markets. Do you know much energy a commercial farm under irrigation requires to operate? Do you know how much fodder cattle require in winter? Even great grazing land isn't sufficient during the winter months, they require feed/fodder.

The global food supply will be completely collapsed by 2030 and then food distribution centers will be organized, entrance into them requiring presentation of vaccine passports showing endless boosters. The vaccine/booster program is long-term birth control and will also compromise the immune system.

If the contrived war in Ukraine doesn't get NATO what it wants, they will escalate and push Russia into a nuclear exchange. Most of the major metropolitan areas of European NATO countries will be destroyed and most primary and secondary nuclear targets in the USA will be destroyed. I presently live near a tertiary nuclear target which was a secondary target during the 1960s when nuclear missiles were based in Cleveland but that was a long time ago.

Out West I would be hundreds of miles away from any targets, primary, secondary, or

tertiary. The only target in Montana would be the ICBM fields in Cascade County. The only target in Wyoming would be the ICBM fields of the 90th Missile Wing at Warren Air Force Base.

I see the global tyranny taking shape and I know the way forward for them is to plunge the world into complete chaos and then be left standing over the ashses of a demoralized, starving and irradiated people who will beg for tyranny as a way to have order restored and to be fed in some degree of comfort.

I am fairly certain that I am going to be fine. I always seem to be. Sidoti commented I win everything I put my mind to or set my hand to and I have no problem making deals, moves, stacking up money. I agreed and commented "it is a lonely existence, toasting to nothing in particular, raising a glass with nobody, at a nice marble table."

Sidoti said "You're really missing the mark if you always know what to say in a case, and you always have the answer to anything and everything about the law and everything else, but you can't call up some girl in Belgium and tell her you're sorry for how things went wrong, you regret what was said and done, you miss her, you love her, you want her here with you, and just that."

I told him, "it is hard to say anything to somebody who probably doesn't want to hear it and then there's the simple issue that she's an adverse party in a case that will probably take on the shape of a total war."

He told me, "look brother, my wife is dead and I lost my daughter, I'm too old for family, that ship sailed for me. What are you going to do, sell the Dakota ranch, move to Montana, get the ranch you want, and then what? Feed cows and wait to die? Who is going to take over your ranch? Where are your heirs? Don't let your future slip away because you claim to not know what to say. You always know what to say, the truth."

I told him, "the truth? The truth is I'm in love with and longing for a woman I am in litigation against, who made false accusations to the police, who tried to get me charged with a crime, who I am in the process of having prosecuted in Belgium. The truth is that this is crazy. It doesn't make much sense. I've missed her since the day she left and not a day has gone by I haven't loved her and thought about her."

Dave said, "this is insane. Just win the case and be done with everything. Move on."

"Win? At what cost to me? At what cost to her? Who wins a civil war? The wounds of a civil war run deep and seldom heal. The nation lies in ruins."

Sidoti quit a job that was wrecking his spirit and killing his soul. His colleagues told him he insane to walk away from approximately one million dollars per year. I was the only one to express support. I told him, "they want to fit you into a box and have you be what they think you ought to be. When you won't fit any more they tell you you're broken and they say you need to be medicated to be fixed so you can resume doing what they want you to do, quietly generating wealth for them without complaint. They can't conceive of the possibility that you just don't want that life any longer."

He told me how much he was making and how he was dying inside. Just to be clear, most of his clients were sex offenders, rapists, wealthy child molesters, child porno, and significant drug traffickers (5-10kg heroin, 2kg meth, 20kg cocaine). I told him, "you suffer because of the disconnect in knowing these people belong in prison or the ground and that is the right thing, and then helping to loose them back on society through legal process is the wrong thing. On some level you surely wonder when you get a child rapist an acquittal, what kid is he going to rape the month after you get him acquitted."

I was right, I nailed it. He said he won't ever do another criminal case again. He used to be a police detective with the police in Cleveland after he got out of the military, he mostly investigated sexual assaults and sex crimes.

I think I just need to speak plainly and concisely.

I love you, I miss you, I've always missed you, I would like to hear from you, I would like you to come to the United States in the near future, I want to sort everything out with you, somehow we'll find a

way to make sense of this, and when everything is resolved and done we can decide what comes next or what the next step or move is. There is a lot that doesn't make sense to me but I know we can tackle it together and sort it out. I would like to see you in the USA soon, and not in connection with some litigation of some case or claim.

It is not a matter of "well Stéfani left, time to get back with second choice Plan B Ludivine" because the simple truth is Stéfani told me, after she got back to Brazil "I thought you knew I left because of her. At the end of it, it was clear to me your mind was on her and you had wanted her in the USA with you, and you were with me but thinking about her, and I don't like the USA any way and don't want children any way, so it wouldn't make sense to be with me any way if you're really longing for her and thinking about having children with her." You were the first choice, but you didn't seem ready to be chosen and picked. You weren't in any hurry to wrap up your affairs in Belgium and leap into a new life in the USA.

I would like to extend my hand to you and I would like you to take and accept my offer. I would like to extend my forgiveness to you and to request your forgiveness of me, and to receive the benefit of your forgiveness while you receive the benefit of mine.

I know how we connected was real and true, and it is rare in this world of confusion and lies to have that. We shouldn't be at odds like this, let alone fighting in this way. It isn't right, it isn't good, and it isn't healthy.

There is no law or rule that prevents you from talking to me.

There is a horrific yet uncertain future taking shape in the world around us. Of the unknowns and uncertainties I am certain that you should be in the USA and you should be with me, and it will be for the best.

I am asking you to bet the company pay roll and roll the hard six, because your life should have more value and purpose than just working in an office to pay bills while waiting to watch the years tick by before you die. We can pursue a greater purpose together. All of the contention is really just confused frustration, and the noise of insecurities, fears, and anxieties.

For most of 2020 and all of 2021 the world of tyranny kept us apart, now it is only us doing this to ourselves. It doesn't have to be that way.

I think this may be the last attempt I make to talk and open a line to discuss this with you.

The next move is on you.

--
Bryan Anthony Reo (#0097470)
REO LAW LLC
P.O. Box 5100
Mentor, Ohio 44061
(Business): (216) 505-0811
(Personal): (440) 313-5893


Admissions- Ohio Courts and Agencies [#0097470], Michigan Courts and Agencies [#P84119], N.D. Ohio, S.D. Ohio, E.D. Michigan, W.D. Michigan, United States Court of Appeals for the 3rd Circuit, United States Court of Appeals for the 6th Circuit, and the United States Court of Appeals for the Armed Forces (#37033)

This electronic mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain private, confidential, and/or privileged information. Any unauthorized review, use, disclosure, or distribution is strictly prohibited, and interception of the same is a federal criminal offense per 18 U.S.C. § 2511. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

On August 6, 2022 6:28:08 PM Bryan Reo <reo@reolaw.org> wrote:

I am home now and would ultimately like to be able to talk with you as Bryan to Ludivine and listen to you as the same, and not have to be Plaintiff Bryan Anthony Reo licensed attorney fishing for party admissions and guarding against making party admissions as to Defendant Ludivine Joan Claudia Reynaud.

I would like to talk with you about anything and everything, anything but the ND Ohio case.

There is a great deal we need to talk about.

Montana certainly has it charms.

Outside of Billings these is basically no traffic in Montana. I sat for two hours doing nothing but being stopped in Chicago traffic both going out there and coming home.

Most people just live to work to pay bills and they never achieve anything beyond basic physical survive. They do the same exact thing every day for a measly pay check and they meet their superficial friends once per week to have beers and talk about nothing. It isn't living, it is just surviving, certainly not thriving.

If we're only here to make money, pay bills, and squander time waiting to die, why even be here?

Isn't there a greater purpose?

--
Bryan Anthony Reo (#0097470)
REO LAW LLC
P.O. Box 5100
Mentor, Ohio 44061
(Business): (216) 505-0811
(Personal): (440) 313-5893

Admissions- Ohio Courts and Agencies [#0097470], Michigan Courts and Agencies [#P84119], N.D. Ohio, S.D. Ohio, E.D. Michigan, W.D. Michigan, United States Court of Appeals for the 3rd Circuit, United States Court of Appeals for the 6th Circuit, and the United States Court of Appeals for the Armed Forces (#37033)

This electronic mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain private, confidential, and/or privileged information. Any unauthorized review, use, disclosure, or distribution is strictly prohibited, and interception of the same is a federal criminal offense per 18 U.S.C. § 2511. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

On August 6, 2022 1:12:00 AM Bryan Reo <reo@reolaw.org> wrote:

This isn't about the ND Ohio case, this has nothing to do with that.

If you want, I'll share with you all of the documentation on the Article 445 CP case

from Belgium, but I would like to hear from you in the affirmative that you want it. I paid a lawyer in Brussels in April and I was told to expect a conviction against you as the result. I don't want you to be convicted and I don't want you to be in jail over this. I've spent a fair amount of money on this with Belgian lawyers, private investigators in Russia, Belgium, France, etc. Money is just piled up like manure, it is noise, it means nothing. "thy silver perish with thee, for thou thought thou could buy the gift of God with money."

If what you want to do is run to your USA lawyer and make a big stink and try to cause me an ethics problem in Ohio, I can't stop that, you can do that if you truly want to. Dude's normal rate is $300 per hour and he bills you $330 per hour per his docs filed in the court. I bill $200 to $250 per hour on hourly work, less if I believe the person is deserving of help, but that's neither here nor there.

You're free and allowed to communicate with anybody you want about anybody you want. The Rules of Professional Conduct only apply to licensed attorneys, and even then Rule 4.2 is fairly clear.

As I told your Ohio attorney-

Rule 4.2: Communication with Person Represented by Counsel

In representing a client, a lawyer shall not communicate about the subject of the representation with a person the lawyer knows to be represented by another lawyer in the matter, unless the lawyer has the consent of the other lawyer or is authorized to do so by law or a court order.

If Ludivine contacts me directly I am going to answer the call and listen to what she has to say. I might even have a few things of my own to say.

If somebody wants to grieve me in Ohio, fine, do it. I could lose my Ohio law license and still have a fully productive and meaningful life, and I won't lose my law license for talking to somebody about this situation and these circumstances. I've done nothing wrong. If you want to kick up a stink and problem or me, you can run and tell him, "Reo sent me this and didn't copy you on it" and I can't and won't deny that statement, he wasn't copied on this, but it also isn't about the ND Ohio case. Fuck the ND Ohio case, I am not angling to get party admissions from you, I could win that case on a trial next week and everybody knows it, but fuck that, what does winning that case prove? Who cares. Cases are like money, it doesn't matter, it means shit.

A very good Masonic friend of mine recently quit the practice of law, he was defending a lot of criminals and he had his fill. He said I was the only one in his circle to support his decision to walk away from, [I won't say how much but he grossed close to $1,000,000 per year]. He and I were talking and I said, "I found the land I want in Montana, but I need $1,200,000 in the next 30 days and my South Dakota Marty land hasn't sold yet" and he said, "I'll see about getting you the money for a loan." Do you have any friends you could ask for $1,200,000 via a loan?

In the last 15 days I drove the distance from Lisbon to Yekaterinburg, I took the bar exam in Laramie Wyoming, and I inspected a bunch of properties across Wyoming and Montana, and I found what I want in Montana.

I drove through there, it seemed to take days, although it was only a day, singular. A mountain pass was washed out and traffic had to wait for a highway department truck to guide us, I ran into a man and I asked him "you're not originally from Wyoming, are you? Where are you from?" and he answered, "I am from Colombia." I then said, "I thought so but didn't want to pry, I lived in South America for about six months, I thought you were South American." He said he was a dentist who came to the USA for grad school and married an American woman in a small Wyoming town and then stayed here.

https://en.wikipedia.org/wiki/Wyoming_Highway_296

Promises we told and lies we sold,

That pipe dream on that lonely road.

The river meandered through the valley, the road above bobbed and weaved as a boxer avoiding the punches.

The solitary truck snaked along that lonely road.

The empty passenger seat next to him conjured up the stir of echoes of her voice.

He swore he could almost glimpse her countenance, the golden honey dew hair, the diamond blue crystal eyes. For a moment he even felt the touch of her hand on his as her taste was fresh on his lips.

At eternity ago the promises they made, he held her in his embrace and said if she stayed he wouldn't let her go or send her away.

That pipe dream on that lonely road.

It is  work in progress, by profession I am a lawyer not a poet, so I say mea culpa.

I wish you could have seen what I saw in those places. I wish I could have seen your joy and awe at beholding those sites.

I'm in the middle of shit nowhere jerkwater Iowa with horrid internet and cell coverage. Also I'm honestly so drunk I can barely stand up or sit straight in a chair. This is effectively a jerkwater nothing redneck city of absolutely no significance, except a lot of decent salt of the earth blue collar farmer rednecks live here and toil to work their ancestral farms to proudly provide food for those in the wider regions. By no means are they intellectuals but I cannot despise them for they do invaluable work to feed the nation and they have a knowledge of the land that few others have.

I'm going to go to sleep for 6-7 hours, get up, and then drive for 7 hours and be home.

Bryan Anthony Reo (#0097470)
REO LAW LLC
P.O. Box 5100
Mentor, Ohio 44061

(Business): (216) 505-0811

(Personal): (440) 313-5893

Admissions- Ohio Courts and Agencies [#0097470], Michigan Courts and Agencies [#P84119], N.D. Ohio, S.D. Ohio, E.D. Michigan, W.D. Michigan, 3rd Circuit, 6th Circuit, Court of Appeals for the Armed Forces (#37033), United States Air Force Court of Criminal Appeals (AFCCA), and United States Navy-Marine Corps Court of Criminal Appeals (NMCCA).

This electronic mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain private, confidential, and/or privileged information.  Any unauthorized review, use, disclosure, or distribution is strictly prohibited, and interception of the same is a federal criminal offense per 18 U.S.C. § 2511. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

THIS FIRM IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

In some ways you've spent your life making crazy decisions and then telling me you have regretted every major decision you have ever made in your life. You told me your degree and various jobs were mistakes and you regret all of them and wished you could have started in the USA at 18 or 19 as a Costco butcher making $50,000 per year.

I think you should make another crazy decision and simply contact. It is a crazy decision but it won't prove to be a bad one and I won't arrange things to have you ultimately regret it.

Don't make me regret you and I promise you won't ever regret me. I don't regret knowing you although I haven't always said good or nice things to you. I am worried about what you have apparently done to yourself lately, and what has been done to you. I could draw a lot of inferences leading to bad conclusions about your appearance and demeanor on 11 July 2022. You looked like an angry psychotic medicated lesbian feminist. You certainly weren't on track to be a stand-in for Catherine Deneuve in any of her movies at any point. I hope I'm wrong on all counts.

I have tried. I won't find myself in 2035 looking back with regret for not having tried. I don't want you to have regret in that regard.

I want to talk you, not about this case or any case, the cases will unfold as they unfold.

I want to talk you as Bryan to Ludivine and listen to you on the same basis.

Your present life isn't working and isn't right or proper is it? Quick cheap fixes with pills aren't the answer. Drama and suicide threats aren't the answer are they?

At the risk of sounding arrogant, I basically have the answers to all of your problems. If you were serious about what you told me you want out of life in 2019 and 2020, I have the ability and resources to lift you off the path you are on, and set you next to me on the path I am on, and there is sufficient overlap and consistency with my desired path and your desired path that you will realize basically everything you claim to want.

It won't be easy but it will be way healthier and happier than the road you've been on and are presently on. The main thing you have to do is cooperate and allow it, to say "I don't like the path I am on, I will cooperate with you" and then let me go to work and be in my element, solving problems. You'll be on the path next to me within days or weeks.

I want to do that for you because it also does it for me and I want you by my side on my path.

The whole thing is crazy but I'm not afraid of you and I'm not angry over how things have unfolded. I am disappointed but not angry. I don't want your psyche burdened by these matters, I want you out of the environment you are in, and I would like to see you forever close the book on that place and period of your life. There is nothing for you there. Your path should be in another place and taking another direction.

I didn't always properly show it because I've had my own problems that I was resolving in

2019, 2020, 2021, and still even some now, but I have always felt it, known it, and believed it. I have loved you and I do love you. I'm doing very well in almost all regards in life but I'm certainly not perfect and I had a lot of issues floating around in my mind throughout 2020.

Just pick up the phone and call me. We won't talk about any case. What is the worst thing that can happen? You hurt yourself in a case you are claiming you want to settle but are on track to lose? I don't want to talk about the case. Just call me and let's talk to each other. Maybe we find a way forward that resolves or moots all disputes as a natural consequence of what we decide.

I want to hear from you in some context other than the contention of a miserable case.

The moment I first glimpsed you I was in awe of your energy and your presence. I think you had a similar response to me on your end. I struggle to explain how we wound up just drawn in to each other. I wanted to have you right there on the spot but it was a public place and that wasn't going to happen. Nothing felt as natural and normal as when we finally did that at my house. I didn't want you to leave for any number of reasons.

I don't want you to beat me up for the mistakes and missteps I made, I don't want to beat you up for the mistakes and missteps you made, and I don't think we should be too hard on ourselves
I'm hard enough on myself but I don't have anxiety to the point I want to take pills. I want you off all pills and just on a good life, sunlight, diet, daily exercise, proper sleep, and being accepted and content knowing that.

The choices you make in the next few weeks will determine how and where your 2023 will be. Do you want to round out 2023 in December living in a cold apartment, amidst rising fuel and food prices, shortages due to sanctions and inflation, working 10-12 hour days in an office and beginning and ending each day will pills, 34 years old and and burnt out and able to be mistaken as 42 to 45. Wouldn't you rather finally be relaxing a bit and taking things easier, sleeping properly, being 34 and being mistaken for 28 or 26?

If you feel and believe as I do, and you ask me for a better path, I'll sort out the details and you'll be on a much better path within several weeks.

In a lifetime of crazy decisions, most of them bad and causing regrets, it is probably time to make one more crazy decision, except this one has a lot of potential to end well. The crazy decision entails calling me.

When you call me I am going to offer you something I have never offered any other woman, you'll have to call me to find out.


--
Bryan Anthony Reo (#0097470)
REO LAW LLC
P.O. Box 5100
Mentor, Ohio 44061
(Business): (216) 505-0811
(Personal): (440) 313-5893


Admissions- Ohio Courts and Agencies [#0097470], Michigan Courts and Agencies

[#P84119], N.D. Ohio, S.D. Ohio, E.D. Michigan, W.D. Michigan, United States Court of Appeals for the 3rd Circuit, United States Court of Appeals for the 6th Circuit, and the United States Court of Appeals for the Armed Forces (#37033)

This electronic mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain private, confidential, and/or privileged information. Any unauthorized review, use, disclosure, or distribution is strictly prohibited, and interception of the same is a federal criminal offense per 18 U.S.C. § 2511. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

| **From:** | Bryan Reo |
| **To:** | REYNAUD Ludivine Joan Claudia |
| **Cc:** | Ludivine Reynaud |
| **Subject:** | Re: Ohio Ethical Rules and Laws Regarding Communications |
| **Date:** | 09 August 2022 20:26:33 |

I am not trying to get you to the USA to get laid. There are vastly infinitely easier ways to simply get laid than to reach out to a woman I'm in litigation with, with all the background problems we had.

I am not trying to gain an advantage or an edge in the case. The case is what it is, it will develop as it develops. It isn't about money and I have other cases and sources of money.

I am not trying to converse with you to stroke my ego.

I read over our old correspondence and transcripts and I ponder on certain things and realize the connection we had. I don't want that to be lost to time and I don't want to build a life that doesn't incorporate you.

That's why I write. I want to hear from you and I want to see you, and it may very well be one of the most sincere and serious statements I have ever made in my life.

I'm taking a significant chance even writing to you, let alone asking you to come here and meet with me. I'm asking you to take a moderate chance. At the least pick up the phone and call me.

We are in a very unique place and have an opportunity few people ever get. If you miss me and love me the way I miss and love you then pick up the phone and pursue this opportunity and everything will begin to fall into place.

If you don't, and want nothing to do with me, at least write back a simple "shut up and go away, I don't care how you are and I don't want to hear from you" and I can stop making a fool of myself by writing these emails.

But if you feel as I feel and you believe as I believe, neither of us properly valued or appreciated what we had and we let it slip away in tough times. I want to put in the work to remedy that. Will you cooperate and work with me? We both dropped the ball by the end of 2020 because of anxieties, fears, insecurities, prejudices, and personal flaws. Neither one of us alone will ever be able to pick up the ball, it has to be a cooperative effort. Will you cooperate?

I know you have a lot of anxiety and you're likely not doing well. I know you can be on a better path, a healthier path.

I want to tell you something about Montana. Will you take a call and let me tell you something?

--
Bryan Anthony Reo (#0097470)
REO LAW LLC
P.O. Box 5100
Mentor, Ohio 44061
(Business): (216) 505-0811
(Personal): (440) 313-5893

Admissions- Ohio Courts and Agencies [#0097470], Michigan Courts and Agencies [#P84119], N.D. Ohio, S.D. Ohio, E.D. Michigan, W.D. Michigan, United States Court of Appeals for the 3rd Circuit, United States Court of Appeals for the 6th Circuit, and the United States Court of Appeals for the Armed Forces (#37033)

This electronic mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain private, confidential, and/or privileged information. Any unauthorized review, use, disclosure, or distribution is strictly prohibited, and interception of the same is a federal criminal offense per 18 U.S.C. § 2511. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

On August 9, 2022 2:06:00 PM Bryan Reo <reo@reolaw.org> wrote:

You and I are parties to the matter, we can communicate directly, about the matter, or we can communicate about anything.

Will you take a call from me or make a call to me? I would swear on the honor of my soul not to record it or misuse the call.

Also, I have requested/authorized you to contact me, so by definition it cannot possibly be telecommunications harassment. I expressly and explicitly authorize you to contact me at your discretion.

I am reasonably certain and fairly well convinced that you and I could solve the world if we were determined to and were willing to talk through it.

I miss you and love you to the point that the thought of only communicating with you in an adversarial manner through litigation is a notion that repulses me and disheartens me.

https://www.supremecourt.ohio.gov/LegalResources/Rules/ProfConduct/profConductRules.pdf

RULE 4.2: COMMUNICATION WITH PERSON REPRESENTED BY COUNSEL
In representing a client, a lawyer shall not communicate about the subject of the representation with a person the lawyer knows to be represented by another lawyer in the matter, unless the lawyer has the consent of the other lawyer or is authorized to do so by law or a court order.

Comment

[1] This rule contributes to the proper functioning of the legal system by protecting a person who has chosen to be represented by a lawyer in a matter against possible overreaching by other lawyers who are participating in the matter, interference by those lawyers with the client-lawyer relationship, and the uncounselled disclosure of information relating to the representation.

[2] This rule applies to communications with any person who is represented by counsel concerning the matter to which the communication relates.

[3] The rule applies even though the represented person initiates or consents to the communication. A lawyer must immediately terminate communication with a person if, after commencing communication, the lawyer learns that the person is one with whom communication is not permitted by this rule.

[4] This rule does not prohibit communication with a represented person, or an employee or agent of such a person, concerning matters outside the representation. For example, the existence of a controversy between a government agency and a private party, or between two organizations, does not prohibit a lawyer for either from communicating with nonlawyer representatives of the other regarding a separate matter. Nor does this rule preclude communication with a represented person who is seeking advice from a lawyer who is not otherwise representing a client in the matter. A lawyer may not make a communication prohibited by this rule through the acts of another. See Rule 8.4(a). Parties to a matter may communicate directly with each other, and a lawyer is not prohibited from advising a client concerning a communication that the client is legally entitled to make. Also, a lawyer having independent justification or legal authorization for communicating with a represented person is permitted to do so.

Bryan Anthony Reo (#0097470)
REO LAW LLC
P.O. Box 5100
Mentor, Ohio 44061

(Business): (216) 505-0811

(Personal): (440) 313-5893

Admissions- Ohio Courts and Agencies [#0097470], Michigan Courts and Agencies [#P84119], N.D. Ohio, S.D. Ohio, E.D. Michigan, W.D. Michigan, 3rd Circuit, 6th Circuit, Court of Appeals for the Armed Forces (#37033), United States Air Force Court of Criminal Appeals (AFCCA), and United States Navy-Marine Corps Court of Criminal Appeals (NMCCA).

This electronic mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain private, confidential, and/or privileged information. Any unauthorized review, use, disclosure, or distribution is strictly prohibited, and interception of the same is a federal criminal offense per 18 U.S.C. § 2511. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

THIS FIRM IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION

# Ohio Ethical Rules and Laws Regarding Communications

Expéditeur : Bryan Reo (reo@reolaw.org)

À : ludivine.reynaud@europarl.europa.eu

Cc : ludivineclaudia.reynaud@yahoo.com

Date : mardi 9 août 2022, 20:06 UTC+2

You and I are parties to the matter, we can communicate directly, about the matter, or we can communicate about anything.

Will you take a call from me or make a call to me? I would swear on the honor of my soul not to record it or misuse the call.

Also, I have requested/authorized you to contact me, so by definition it cannot possibly be telecommunications harassment. I expressly and explicitly authorize you to contact me at your discretion.

I am reasonably certain and fairly well convinced that you and I could solve the world if we were determined to and were willing to talk through it.

I miss you and love you to the point that the thought of only communicating with you in an adversarial manner through litigation is a notion that repulses me and disheartens me.

https://www.supremecourt.ohio.gov/LegalResources/Rules/ProfConduct/profConductRules.pdf

## RULE 4.2: COMMUNICATION WITH PERSON REPRESENTED BY COUNSEL
***In representing a client***, a lawyer shall not communicate about the subject of the
representation with a person the lawyer knows to be represented by another lawyer in the
matter, unless the lawyer has the consent of the other lawyer or is authorized to do so by
law or a court order.

Comment

[1] This rule contributes to the proper functioning of the legal system by protecting a
person who has chosen to be represented by a lawyer in a matter against possible overreaching by
other lawyers who are participating in the matter, interference by those lawyers with the client-
lawyer relationship, and the uncounselled disclosure of information relating to the representation.

[2] This rule applies to communications with any person who is represented by counsel
concerning the matter to which the communication relates.

[3] The rule applies even though the represented person initiates or consents to the communication. A lawyer must immediately terminate communication with a person if, after
commencing communication, the lawyer learns that the person is one with whom communication
is not permitted by this rule.

[4] This rule does not prohibit communication with a represented person, or an employee or agent of such a person, concerning matters outside the representation. For example,
the existence of a controversy between a government agency and a private party, or between two
organizations, does not prohibit a lawyer for either from communicating with nonlawyer
representatives of the other regarding a separate matter. Nor does this rule preclude communication with a represented person who is seeking advice from a lawyer who is not
otherwise representing a client in the matter. A lawyer may not make a communication prohibited
by this rule through the acts of another. See Rule 8.4(a). ***Parties to a matter may communicate
directly with each other, and a lawyer is not prohibited from advising a client concerning a
communication that the client is legally entitled to make***. Also, a lawyer having independent
justification or legal authorization for communicating with a represented person is

permitted to do
so.


Bryan Anthony Reo (#0097470)
REO LAW LLC
P.O. Box 5100
Mentor, Ohio 44061

(Business): (216) 505-0811

(Personal): (440) 313-5893


Admissions- Ohio Courts and Agencies [#0097470], Michigan Courts and Agencies [#P84119], N.D. Ohio, S.D. Ohio, E.D. Michigan, W.D. Michigan, 3rd Circuit, 6th Circuit, Court of Appeals for the Armed Forces (#37033), United States Air Force Court of Criminal Appeals (AFCCA), and United States Navy-Marine Corps Court of Criminal Appeals (NMCCA).


This electronic mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain private, confidential, and/or privileged information.  Any unauthorized review, use, disclosure, or distribution is strictly prohibited, and interception of the same is a federal criminal offense per 18 U.S.C. § 2511. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.


THIS FIRM IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT.  ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.